UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ROBERT EARL COUNCIL, et al., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:23-cv-00712-ECM-JTA |
| ) | |
| v. ) | |
| ) | |
| KAY IVEY, et al, ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY

**COMES NOW**, the Defendant, Premier Kings, Inc., and notifies the Court that on October 25, 2023, it filed a voluntary bankruptcy petition (the "Bankruptcy Case") under chapter 11 of Title 11 of the United States Code. The Bankruptcy Case is pending in the United States Bankruptcy Court for the Northern District of Alabama, Southern Division. The respective case number for the Bankruptcy Case is Premier Kings, Inc. (Case No. 23-02871-TOM-11). A true and correct copy of the stamped filed voluntary bankruptcy petition (first page) is attached hereto as **Exhibit "A"**.

Dated: December 19, 2023.

*/s/ Morgan L. Allred*
Morgan L. Allred
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5700
Email: morgan.allred@hklaw.com

*Bankruptcy Attorney for Premier Kings, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the 19th day of December, 2023, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Connie Kay Chan
Barbara Jane Chisholm
Amanda Christine Lynch
Michael Rubin
Altshuler Berzon LLP
177 Post St., Suite 300
San Francisco, CA 94108
415-421-7151
cchan@altshulerberzon.com
bchisholm@altber.com
alynch@altshulerberzon.com
mrubin@altshulerberzon.com

George Nicholas Davies
Richard Paul Rouco
Quinn Connor Weaver Davies & Rouco LLP
2 20th Street North; Suite 930
Birmingham, AL 35203
205-870-9989
gdavies@qcwdr.com
rrouco@qcwdr.com

Lauren Elaena Faraino
Faraino, LLC
2647 Rocky Ridge Lane
Vestavia Hills, AL 35216
917-529-2266
lauren@farainollc.com

Janet Herold
Justice Catalyst Law
40 Rector Street, 9th Floor
New York, NY 10008

                                              /s/ Morgan Allred
                                              Of Counsel

# Exhibit "A"

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) _____  Chapter  __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Premier Kings, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
26-4453932

**4. Debtor's address**

Principal place of business

7078 Peachtree Industrial Blvd.
Suite 800
Peachtree Corners, GA 30071
Number, Street, City, State & ZIP Code

Gwinnett
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____