IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT EARL COUNCIL AKA KINETIK JUSTICE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 2:23-cv-712-ECM |
| KAY IVEY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

For good cause, it is

ORDERED that this matter is SET for a status conference **on January 9, 2024 at 10:00 a.m. CST** by telephone conference call. The parties shall be prepared to discuss the Suggestion of Bankruptcy filed by Defendant Premier Kings, Inc., (doc. 19). The parties are DIRECTED to contact Cindy Sanders, the courtroom deputy for the undersigned, for the phone number and access code required to participate in the conference call.

The Clerk of the Court is DIRECTED to provide a court reporter.

DONE this 20th day of December, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE