IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL aka KINETIK JUSTICE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KAY IVEY, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00712-ECM-JTA<br><br>**EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFFS MOORE, COLE, MCDOLE, CAMPBELL, PTOMEY, AND ENGLISH'S MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

Plaintiffs Lee Edward Moore Jr., Jerame Aprentice Cole, Frederick Denard McDole, Michael Campbell, Arthur Charles Ptomey Jr., and Alimireo English, in support of their Motion for Preliminary Injunction and Provisional Class Certification, present to the Court the following evidentiary submission:

1.      Declaration of Amanda C. Lynch, with attached exhibits:

> A.      *Justice Reinvestment in Alabama: Analysis and Policy Framework* (Mar. 2015), published by the Council of State Governments Justice Center.
>
> B.      State of Alabama Board of Pardons and Paroles Annual Report FY 2013.
>
> C.      Press Release issued by the Alabama Department of Corrections ("ADOC"), "Governor Bentley Signs Historic Criminal Justice Reform Legislation into Law," concerning legislation signed on May 21, 2015.
>
> D.      State of Alabama Board of Pardons and Paroles FY 2018 Annual Report.
>
> E.      Alabama Department of Corrections Annual Report Fiscal Year 2015.
>
> F.      ADOC Annual Report Fiscal Year 2018.
>
> G.      Alabama Department of Corrections Male Classification Manual, dated January 2018.

H.      Executive Order No. 716 issued by Governor Kay Ivey on October 15, 2018.

I.      October 15, 2018 article by Brian Lyman, "Ivey announces early parole moratorium, shake-up of state parole board," published in the *Montgomery Advertiser*.

J.      Press Release issued by Governor Kay Ivey on June 6, 2019, "Governor Ivey Signs Bill Reforming Alabama Board of Pardons and Paroles."

K.      Alabama Board of Pardons and Paroles webpage, "Leigh Gwathney."

L.      Parole Guidelines, as published on ABPP website.

M.      ABPP's Monthly Statistical Report for September 2023.

N.      ABPP's Monthly Statistical Report for September 2022.

O.      February 28, 2022 News Release by Alabama Attorney General Steve Marshall, "Attorney General Steve Marshall Issues Statement in Support of Alabama Board of Pardons and Paroles."

P.      Alabama Department of Corrections webpage "Incarceration Details" for Plaintiff Michael Campbell.

Q.      Alabama Department of Corrections webpage "Incarceration Details" for Plaintiff Jerame Aprentice Cole.

R.      Alabama Department of Corrections webpage "Incarceration Details" for Plaintiff Alimireo English.

S.      Alabama Department of Corrections webpage "Incarceration Details" for Plaintiff Frederick Denard McDole.

T.      Alabama Department of Corrections webpage "Incarceration Details" for Plaintiff Lee Edward Moore Jr.

U.      Alabama Department of Corrections webpage "Incarceration Details" for Plaintiff Arthur Charles Ptomey.

V.      Letters from Alabama Attorney General's Office opposing parole.

W.      September 21, 2023 news article by Mike Cason, "Report says even low-risk inmates unlikely to get parole in Alabama," published on AL.com and updated on October 28, 2023.

X.      August 22, 2021 news article by Jason Morton, "State Democratic Party chair claims racial inequality in Alabama-approved paroles," published in the *Tuscaloosa News*.

Y.      March 4, 2022 news article by Brian Lyman, "'No one has an answer': Racial disparities accelerated in Alabama parole grants for 2020, 2021," published in the *Montgomery Advertiser*.

Z.      February 20, 2023 news article by Alexander Willis, "New bills to target 'broken' criminal justice system, reform death sentencing," published in the *Alabama Daily News*.

AA.     March 1, 2022 news article by Beth Cann, "AG Steve Marshall opposes new parole legislation led by Rep. Chris England," published in *Alabama Today*.

BB.     August 17, 2023 news article by Alexander Willis, "'This board is not driven by statistics;' parole board chair defends shrinking parole grant rate," published in the *Alabama Daily News*.

CC.     November 9, 2023 news article by Patrick Darrington, "Incarcerated man brain dead after being tied up, abused inside ADOC facility," published in the *Alabama Political Reporter*.

DD.     November 20, 2023 news article by Alex Gladden, "Families, advocates describe wide-scale medical neglect in Alabama prisons," published in the *Montgomery Advertiser*.

EE.     Summer 2023 Parole Watch Report published by ACLU Alabama.

FF.   November 29, 2021 news article published by *AP News*, "Alabama paroles drop further; releases lag for Black inmates."

GG.   November 28, 2023 magazine article by Lauren Gill, "In Alabama, an 'Out of Control Board' Cuts Chances for Parole," published by *Bolts Magazine*.

HH.   "General Hearing Information" on the ABPP website.

II.   U.S. Department of Justice Civil Rights Division report, "Investigation of Alabama's State Prisons for Men," dated July 23, 2020.

JJ.   U.S. Department of Justice "Notice Regarding Investigation of Alabama's State Prisons for Men" and accompanying report "Investigation of Alabama's State Prisons for Men," dated April 2, 2019.

2.   Declaration of Arthur Charles Ptomey Jr.

3.   Declaration of Michael Campbell

4.   Declaration of Frederick McDole

5.   Declaration of Alimireo English

6.   Declaration of Lee Edward Moore Jr.

7.   Declaration of Jerame Aprentice Cole

8.   Declaration of Lyn Head, with attached exhibits:

A.   Alabama Board of Pardons and Paroles Board Action Sheets.

B.   ABPP-2, Parole Guidelines – Amended.

9.   Declaration of Lacey Keller

10.   Declaration of Barbara J. Chisholm, with attached exhibit:

A.   Resume of Altshuler Berzon LLP

11.   Declaration of Janet Herold

12.   Declaration of Lauren Faraino

Dated: December 21, 2023

Respectfully submitted,

*/s/ Barbara J. Chisholm*

MICHAEL RUBIN (CA SBN 80618)*
BARBARA J. CHISHOLM (CA SBN 224656)*
CONNIE K. CHAN (CA SBN 284230)*
AMANDA C. LYNCH (CA SBN 318022)*
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: mrubin@altber.com;
bchisholm@altber.com;
cchan@altber.com; alynch@altber.com

JANET HEROLD (CA SBN 186419)*
JUSTICE CATALYST LAW
40 Rector Street, 9th Floor
New York, NY 10008
Telephone: (518) 732-6703
Email: jherold@justicecatalyst.org

*Counsel for All Plaintiffs and the Proposed Classes and Subclasses*

  **appearing pro hac vice*

LAUREN FARAINO
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216
Telephone: (205) 737-3171
Email: lauren@farainollc.com

*Counsel for The Woods Foundation, Individual*
*Plaintiffs, and the Proposed Classes and Subclasses*