IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL aka KINETIK JUSTICE, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>KAY IVEY, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-00712-ECM-JTA<br><br>**DECLARATION OF AMANDA C. LYNCH IN SUPPORT OF PLAINTIFFS MOORE, COLE, MCDOLE, CAMPBELL, PTOMEY, AND ENGLISH'S MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION AND REQUEST FOR JUDICIAL NOTICE** |

I, Amanda C. Lynch, declare:

1. I am an attorney at Altshuler Berzon LLP and have been admitted *pro hac vice* in this case as one of Plaintiffs' counsel of record. I make this declaration from my own personal knowledge, in support of Plaintiffs Moore, Cole, McDole, Campbell, Ptomey, and English's Request for Judicial Notice and Motion for Preliminary Injunction and Provisional Class Certification.

2. Attached hereto as **Exhibit A** is a true and correct copy of *Justice Reinvestment in Alabama: Analysis and Policy Framework* (Mar. 2015), published by the Council of State Governments Justice Center. On December 19, 2023, a paralegal in my office downloaded a copy of this document from the U.S. Department of Justice Bureau of Justice Assistance website at the following URL: https://bja.ojp.gov/sites/g/files/xyckuh186/files/Publications/CSG-AlabamaJRFramework.pdf. Page 2 of the document states that the U.S. Department of Justice's Bureau of Justice Assistance supported the work of the Council of State Governments.

3. Attached hereto as **Exhibit B** is a true and correct copy of the State of Alabama Board of Pardons and Paroles Annual Report FY 2013. On December 19, 2023, I downloaded a

copy of this document from the Alabama Bureau of Pardons and Paroles' ("ABPP") website at the following URL: https://paroles.alabama.gov/wp-content/uploads/2012-2013_Annual_Report.pdf.

4. Attached hereto as **Exhibit C** is a true and correct copy of a Press Release issued by the Alabama Department of Corrections ("ADOC"), "Governor Bentley Signs Historic Criminal Justice Reform Legislation into Law," concerning legislation signed on May 21, 2015. On December 21, 2023, I downloaded a copy of this document from the ADOC website at the following URL: https://doc.alabama.gov/NewsRelease?article=Governor+Bentley+Signs+Historic+Criminal+Justice+Reform+Legislation+into+Law+.

5. Attached hereto as **Exhibit D** is a true and correct copy of the State of Alabama Board of Pardons and Paroles FY 2018 Annual Report. On December 19, 2023, I downloaded a copy of this document from the ABPP website at the following URL: https://paroles.alabama.gov/wp-content/uploads/2017-2018_Annual_Report.pdf.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Alabama Department of Corrections Annual Report Fiscal Year 2015. On December 19, 2023, I downloaded a copy of this document from the ADOC website at the following URL: https://doc.alabama.gov/docs/AnnualRpts/2015AnnualReport.pdf.

7. Attached hereto as **Exhibit F** is a true and correct copy of the ADOC Annual Report Fiscal Year 2018. On December 19, 2023, I downloaded a copy of this document from the ADOC website at the following URL: https://doc.alabama.gov/docs/AnnualRpts/2018AnnualReport.pdf.

8.  Attached hereto as **Exhibit G** is a true and correct copy of the Alabama Department of Corrections Male Classification Manual, dated January 2018. Counsel in this matter was provided a copy of this document by a person in ADOC custody.

9.  Attached hereto as **Exhibit H** is a true and correct copy of Executive Order No. 716, "Imposing a Temporary Moratorium on Early Parole Hearings and Requiring the Submission and Implementation of a Corrective Action Plan for the Board of Pardons and Paroles," issued by Governor Kay Ivey on October 15, 2018. On December 19, 2023, a paralegal in my office downloaded a copy of this document from the Office of the Governor of the State of Alabama website at the following URL: https://governor.alabama.gov/newsroom/2018/10/executive-order-no-716/.

10. Attached hereto as **Exhibit I** is a true and correct copy of an article by Brian Lyman in the *Montgomery Advertiser* dated October 15, 2018, "Ivey announces early parole moratorium, shake-up of state parole board." On December 19, 2023, a paralegal in my office downloaded a copy of this document from the *Montgomery Advertiser* website at the following URL: https://www.montgomeryadvertiser.com/story/news/politics/2018/10/15/ivey-announces-early-parole-moratorium-shake-up-state-parole-board/1647632002/.

11. Attached hereto as **Exhibit J** is a true and correct copy of a Press Release issued by Governor Kay Ivey on June 6, 2019, "Governor Ivey Signs Bill Reforming Alabama Board of Pardons and Paroles." On December 19, 2023, a paralegal in my office downloaded a copy of this document from the website for the Office of the Governor of the State of Alabama at the following URL: https://governor.alabama.gov/newsroom/2019/06/governor-ivey-signs-bill-reforming-alabama-board-of-pardons-and-paroles/.

12. Attached hereto as **Exhibit K** is a true and correct PDF copy of the Alabama Board of Pardons and Paroles webpage, "Leigh Gwathney." On December 19, 2023, a paralegal in my office downloaded a copy of this document from the ABPP website at the following URL: https://paroles.alabama.gov/about-us/board-chair/.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Parole Guidelines posted on the website for the ABPP. On December 19, 2023, I downloaded a copy of these guidelines from the ABPP website at the following URL: https://paroles.alabama.gov/wp-content/uploads/ABPP-Form-2-Parole-Guidelines-Revised-07.13.20.pdf. A link to this PDF is provided on ABPP's "Forms" page, at the following URL, https://paroles.alabama.gov/resources/forms/, which indicates this document was last revised July 13, 2020.

14. Attached hereto as **Exhibit M** is a true and correct copy of the ABPP's Monthly Statistical Report for September 2023. On December 19, 2023, I downloaded a copy of this document from the ABPP website at the following URL: https://paroles.alabama.gov/wp-content/uploads/Sept-2023-MSR.pdf.

15. Attached hereto as **Exhibit N** is a true and correct copy of the ABPP's Monthly Statistical Report for September 2022. On December 19, 2023, I downloaded a copy of this document from the ABPP website at the following URL: https://paroles.alabama.gov/wp-content/uploads/Sept-2022-MSR-10-21-2022.pdf.

16. Attached hereto as **Exhibit O** is a true and correct copy of a February 28, 2022 News Release by Alabama Attorney General Steve Marshall, "Attorney General Steve Marshall Issues Statement in Support of Alabama Board of Pardons and Paroles." On December 19, 2023, I downloaded a copy of this document from the website of the Office of the Attorney

General of the State of Alabama at the following URL: https://www.alabamaag.gov/wp-content/uploads/2023/05/Attorney-General-Steve-Marshall-Issues-Statement-in-Support-of-Alabama-Board-of-Pardons-and-Paroles.pdf.

17. Attached hereto as **Exhibits P, Q, R, S, T,** and **U** are true and correct PDF copies of the Alabama Department of Corrections webpage "Incarceration Details" for Plaintiffs Michael Campbell, Jerame Aprentice Cole, Alimireo English, Frederick Denard McDole, Lee Edward Moore Jr., and Arthur Charles Ptomey. I create PDF copies on December 19, 2023 by visiting https://doc.alabama.gov/inmatesearch, entering the first and last name of each Plaintiff, and printing the results to PDF.

18. Attached hereto as **Exhibit V** is a true and correct copy of a sample of ten letters dated March 17, 2023 (two letters), January 27, 2021, January 18, 2023, March 20, 2023 (five letters), and January 16, 2023, opposing parole in the indicated cases. These letters were produced on September 21, 2023 by the Alabama Attorney General's Office in response to a request under the Alabama Open Records Act.

19. Attached hereto as **Exhibit W** is a true and correct copy of a news article by Mike Cason, "Report says even low-risk inmates unlikely to get parole in Alabama," published on AL.com on September 21, 2023 and updated on October 28, 2023. On December 21, 2023, I downloaded a copy of this document from the AL.com website at the following URL: https://www.al.com/news/2023/09/report-says-public-safety-concerns-do-not-justify-alabamas-low-parole-rate.html.

20. Attached hereto as **Exhibit X** is a true and correct copy of an August 22, 2021 news article by Jason Morton, "State Democratic Party chair claims racial inequality in Alabama-approved paroles," published in the *Tuscaloosa News*. On December 20, 2023, I

downloaded a copy of this document from the *Tuscaloosa News* website at the following URL: https://www.tuscaloosanews.com/story/news/2021/08/23/democratic-party-chair-racial-inequality-apparent-approved-paroles/8211715002/.

21.  Attached hereto as **Exhibit Y** is a true and correct copy of a March 4, 2022 news article by Brian Lyman, "'No one has an answer': Racial disparities accelerated in Alabama parole grants for 2020, 2021," published in the *Montgomery Advertiser*. On December 20, 2023, I downloaded a copy of this document from the *Montgomery Advertiser* website at the following URL: https://www.montgomeryadvertiser.com/story/news/2022/03/04/alabama-paroles-show-show-growing-racial-disparities-statistics-show/9332685002/.

22.  Attached hereto as **Exhibit Z** is a true and correct copy of a February 20, 2023 news article by Alexander Willis, "New bills to target 'broken' criminal justice system, reform death sentencing," published in the *Alabama Daily News*. On December 20, 2023, I downloaded a copy of this document from the *Alabama Daily News* website at the following URL: https://aldailynews.com/new-bills-to-target-broken-criminal-justice-system-reform-death-sentencing/.

23.  Attached hereto as **Exhibit AA** is a true and correct copy of a March 1, 2022 news article by Beth Cann, "AG Steve Marshall opposes new parole legislation led by Rep. Chris England," published in *Alabama Today*. On December 20, 2023, a paralegal in my office downloaded a copy of this document from the *Alabama Today* website at the following URL: https://altoday.com/archives/44332-ag-steve-marshall-opposes-new-parole-legislation-led-by-rep-chris-england.

24.  Attached hereto as **Exhibit BB** is a true and correct copy of an August 17, 2023 news article by Alexander Willis, "'This board is not driven by statistics;' parole board chair

defends shrinking parole grant rate," published in the *Alabama Daily News*. On December 20, 2023, I downloaded a copy of this document from the *Alabama Daily News* website at the following URL: https://aldailynews.com/this-board-is-not-driven-by-statistics-parole-board-chair-defends-shrinking-parole-grant-rate/.

25. Attached hereto as **Exhibit CC** is a true and correct copy of a November 9, 2023 news article by Patrick Darrington, "Incarcerated man brain dead after being tied up, abused inside ADOC facility," published in the *Alabama Political Reporter*. On December 20, 2023, I downloaded a copy of this document from the *Alabama Political Reporter* website at the following URL: https://www.alreporter.com/2023/11/09/incarcerated-man-brain-dead-after-being-tied-up-abused-inside-adoc-facility/.

26. Attached hereto as **Exhibit DD** is a true and correct copy of a November 20, 2023 news article by Alex Gladden, "Families, advocates describe wide-scale medical neglect in Alabama prisons," published in the *Montgomery Advertiser*. On December 20, 2023, I downloaded a copy of this document from the *Montgomery Advertiser* website at the following URL: https://www.montgomeryadvertiser.com/story/news/crime/2023/11/20/advocates-families-allege-medical-neglect-in-alabama-prisons/71475736007/.

27. Attached hereto as **Exhibit EE** is a true and correct copy of the Summer 2023 Parole Watch Report published by ACLU Alabama. On December 21, 2023, I downloaded a copy of this document from the ACLU Alabama website at the following URL: https://www.alabamasmartjustice.org/reports/parole-watch-2023.

28. Attached hereto as **Exhibit FF** is a true and correct copy of a November 29, 2021 news article published by *AP News*, "Alabama paroles drop further; releases lag for Black inmates." On December 21, 2023, I downloaded a copy of this document from the *AP News*

website at the following URL: https://apnews.com/article/prisons-alabama-race-and-ethnicity-105cd119dd76e84b29f36f810c0a0a74.

29. Attached hereto as **Exhibit GG** is a true and correct copy of a November 28, 2023 magazine article by Lauren Gill, "In Alabama, an 'Out of Control Board' Cuts Chances for Parole," published by *Bolts Magazine*. On December 21, 2023, I downloaded a copy of this document from the *Bolts Magazine* website at the following URL: https://boltsmag.org/alabama-parole-board/.

30. Attached hereto as **Exhibit HH** is a true and correct PDF copy of the webpage "General Hearing Information" on the ABPP website. On December 21, 2023, I downloaded a copy of this document from the ABPP website at the following URL: https://paroles.alabama.gov/hearings/general-hearing-information/.

31. Attached hereto as **Exhibit II** is a true and correct copy of a U.S. Department of Justice Civil Rights Division report, "Investigation of Alabama's State Prisons for Men," dated July 23, 2020. On December 21, 2023, I downloaded a copy of this document from the U.S. Department of Justice website at the following URL: https://www.justice.gov/crt/case-document/file/1297031/download.

32. Attached hereto as **Exhibit JJ** is a true and correct copy of a U.S. Department of Justice "Notice Regarding Investigation of Alabama's State Prisons for Men" addressed to Alabama Governor Kay Ivey, and an accompanying report, "Investigation of Alabama's State Prisons for Men," dated April 2, 2019. On December 21, 2023, I downloaded a copy of this document from the U.S. Department of Justice website at the following URL: https://www.justice.gov/d9/press-releases/attachments/2019/04/03/notice_letter_and_report_aldoc.pdf.

33. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 21, 2023, at Lorton, Virginia.

*(signature)*
Amanda C. Lynch