EXHIBIT B

# STATE OF ALABAMA
# BOARD OF PARDONS AND PAROLES



# ANNUAL REPORT
# FY 2013

| | |
|---|---|
| **CHAIRMAN OF THE BOARD** | **WILLIAM W. WYNNE, JR.** |
| **ASSOCIATE BOARD MEMBER** | **ROBERT P. LONGSHORE** |
| **ASSOCIATE BOARD MEMBER** | **CLIFF WALKER** |
| **EXECUTIVE DIRECTOR** | **CYNTHIA S. DILLARD** |

*PHYSICAL ADDRESS*            *MAILING ADDRESS*

**CRIMINAL JUSTICE CENTER, BUILDING D**     **ALABAMA BOARD OF PARDONS AND PAROLES**
**301 SOUTH RIPLEY STREET**                   **P.O. BOX 302405**
**MONTGOMERY, AL 36130-2405**            **MONTGOMERY, AL 36130-2405**

**PHONE: (334) 242-8700**
**TDD: (334) 242-0110**

*EXERCISING THE STATE OF ALABAMA'S CLEMENCY POWER TO GRANT PAROLES, ISSUE PARDONS, AND RESTORE VOTING RIGHTS; PROVIDING STATEWIDE SUPERVISION FOR PAROLE AND COURT ORDERED PROBATION; CONDUCTING PRE-SENTENCE INVESTIGATIONS FOR EVERY FELONY CONVICTION*

# TABLE OF CONTENTS

I.     **Message from the Executive Director** . . . . . . . . . . . . . . . . . . . . . . . . . . .     **1**

II.    **Our Mission Statement, Values, and Ethics** . . . . . . . . . . . . . . . . . . . . .     **2**

III.   **Financial Report** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **3**

IV.   **State of the Agency** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **4**

    A.  Pardons and Paroles Continues to Do More with Less     4

    B.  A Successful Approach to Community Supervision     9

    C.  Pardons and Paroles: The Most Cost Effective Solution     13

    D.  Pardons and Paroles Serves Alabama Crime Victims     15

    E.  Board Issues Historically Significant Pardon: A Final     16
       Chapter to the Landmark "Scottsboro Boys" Tragedy

V.    **Organization** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **18**

    A.  Executive Leadership     18

    B.  Organizational Chart     19

    C.  Senior Leadership     20

    D.  Personnel/Demographic Statistics     21

    E.  Field Offices     22

VI.   **Probation and Parole Officer of the Year** . . . . . . . . . . . . . . . . . . . . . . .     **23**

VII.  **Support Staff Employee of the Year** . . . . . . . . . . . . . . . . . . . . . . . . . . .     **24**

# MESSAGE FROM THE EXECUTIVE DIRECTOR



**State of Alabama**
**Board of Pardons and Paroles**
Criminal Justice Center, Building D
301 South Ripley
P.O Box 302405
Montgomery, Alabama 36130-2405
Central Office (334) 242-8700
www.paroles.state.al.us



**BILL WYNNE**
Chairman of the Board

ROBERT P. LONGSHORE
Assistant Member

CLIFF WALKER
Assistant Member

**CYNTHIA DILLARD**
Executive Director

EDDIE COOK, JR.
Assistant Executive Director

PHIL BRYANT
Assistant Executive Director

I am pleased to present the FY 2013 Annual Report of the Alabama Board of Pardons and Paroles to report the activities of the Board, Probation and Parole Officers and support staff during the previous fiscal year.

Despite a 38% reduction in funding from the General Fund over the past five (5) years, and the loss of 111 officers and support staff, the Board held over 8,600 Pardon and Parole hearings and the agency supervised over 64,000 adult felony offenders over the past year.

With caseloads among the highest in the nation, the success rate of those supervised was 95% for the year. In addition, those same field officers conducted over 86,000 investigations for the courts and the Board. We are able to accomplish much with little because of the agency's most valued resource – our exceptional employees.

Our agency consistently evaluates and attempts to pursue best practices and approaches to supervision in order to deal with our high caseloads most effectively. We are currently providing values-based leadership training to all agency staff and are pursuing grants to provide motivational interviewing techniques and training for a possible transition to the Ohio Risk/Needs Assessment and Community Supervision Tool, which is being utilized by some other criminal justice related agencies within the state.

We are also pursuing and evaluating the cost effectiveness of new programs, including Day Reporting Centers, a statewide GPS program and possible additional residential facilities in order to lessen the inmate population burden on the Alabama Department of Corrections.

I sincerely believe, and the Board agrees, that community supervision under the purview of our agency, including court ordered probation, parole, residential Life Tech and other programs, when viewed as alternatives to incarceration, remains the most viable, economically responsible way for the State of Alabama to manage its scarce resources.

We look forward to continuing collaboration with the Governor's administration, Alabama's criminal justice community, the state legislature, and other government, faith-based and community organizations to provide Alabama with the best, most cost effective offender supervision services and rehabilitation programs to increase public safety through FY 2014-15 and beyond.

*Cynthia S. Dillard*
*Executive Director*

# MISSION STATEMENT

The mission of the Alabama Board of Pardons and Paroles is to promote and enhance public safety through cooperation with the Legislature, the Court System, the Governor, the Department of Corrections, other criminal justice agencies, victims, and the community by providing effective investigation, supervision, and surveillance services in a holistic approach to rehabilitating adult criminal offenders and facilitating their successful reentry to society as productive citizens.

# VALUES

- We value the ability to assist in protecting the public from those offenders who would re-offend.
- We believe that victims are entitled to restorative justice.
- We value the opportunity for offenders to be rehabilitated and, thus, become productive citizens.
- We value the effectiveness and efficiency of offender supervision in the community.
- We believe that all persons should be treated with dignity and respect.
- We value each employee and their contribution to achieving the agency's mission.

# ETHICS

We value each member of our staff, working to achieve the agency's mission, while adhering to the following Code of Ethics:

- Serving with Humility
- Upholding the Law with Dignity
- Objectively Performing My Duties
- Respecting the Inalienable Rights of All Persons
- Holding Inviolate those Confidences Reposed in Me
- Cooperating with My Fellow Workers and Related Agencies
- Being Aware of My Responsibilities to the Individual and the Community
- Improving My Professionalism through Continuously Seeking Knowledge, Understanding, and Opportunities for Growth

# FINANCIAL REPORT

## DESPITE DEVASTATING FUNDING CUTS . . .



**Over the course of the last five (5) fiscal years, the agency has suffered devastating cuts to general fund appropriations, amounting to a 38% reduction from FY 2009 funding levels.[1]**

The passage of Act 2012-522 increased the amount of supervision fees collected from offenders under supervision with the Board to $40.00 from $30.00 per month, with exceptions for indigence.[2]  As a result, the agency's supervision fees increased by almost $2 Million in FY 13 compared to FY 12 (an approximate 15% increase).  This increased fee is scheduled to sunset December 31, 2015.  While this fee increase made up for some of the agency's general fund cuts, the agency's FY 2013 operations have



had to match its decreased available funding levels, all while facing increased costs to the agency for employee benefits.

**A significant majority of Pardons and Paroles' operating cost consists of salary and benefits for the agency's personnel.  As funding has decreased, the agency has continued to fight layoffs and a critical personnel shortage by doing without in other areas, composing less than 20 % of the agency's budget.**

---

[1]     Probationer's Upkeep Fund and General Fund categories include rollover funds from previous year(s).

[2]     Even with the increase to $40.00, Pardons and Paroles still has one of the lowest supervision fees in the nation.

# STATE OF THE AGENCY



---

## . . . PARDONS AND PAROLES CONTINUES TO DO MORE WITH LESS

---

The Alabama Board of Pardons and Paroles currently operates sixty-one (61) probation and parole field offices throughout the state, its Central Office in Montgomery, and a residential LIFE Tech transition center in Thomasville.

In FY 2013, the agency supervised 54,288 probationers and 10,237 parolees (over 64,000 adult felons). The number of offenders under supervision continues to rise, despite the agency's inability to hire probation and parole officers to keep pace with increasing demand.

**Probation and Parole Officers:**  The agency currently employs 252 supervising probation and parole officers.  The current average probation and parole officer to offender ratio is at 192 offenders to 1 officer, over double the recognized national standard of 75:1.  Other states handling combined parole and probation caseloads practice even lower caseload numbers, some of which have passed legislation to limit regular caseloads to 65:1, with even lower numbers for specialized caseloads.



**ACTUAL – 1 : 192**

**RECOMMENDED – 1 : 75**

The basic duties of a supervising officer in the field include, but are not limited to: monitoring of conditions of parole/probation for clients on assigned caseloads; seeing offenders during reporting periods; conducting home visits, employment verifications, and drug screenings; collecting DNA samples as statutorily required; collecting supervision fees as statutorily required ($40.00 per month); monitoring payment of court ordered monies/restitution; managing caseloads to the extent possible; making referrals to treatment/programs, completing violation reports/delinquency reports; using arrest authority when necessary; preparing for revocation proceedings for parole/probation clients.

Not only are the agency's 252 probation and parole officers charged with supervising probation and parole offender caseloads, they are also required to perform a variety of other important duties and functions, all within a forty (40) hour work week.



## DUTIES

Probation and Parole Officers are statutorily charged with completing electronic presentence investigation reports for every offender convicted of a felony in the state, preliminary investigations, personal/social history investigations, Youthful Offender investigations, and sentencing standards worksheets.  During FY 2013, the Board's officers completed over 86,000 investigations.  Officers are responsible for completing institutional parole officer investigations regarding candidates for parole consideration by the Board.



The agency's supervising officers utilize a risk and needs assessment to provide court services and perform supervision functions, as well as to assist with identifying state inmates for parole consideration by the Board.

Other officer duties involve handling out-of-state transfers and supervising offenders from other states through the Interstate Compact, using the ICOTS system, determining eligibility/docketing inmates for parole consideration, completing pardon and voter restoration investigations, docketing pardon applicants for Board consideration; conducting revocation hearings for parole clients, investigating/approving parole plans, locating/registering/and notifying victims and officials as required by law, and meeting training and qualification requirements.



**Probation and Parole Specialists:**  Over the last two (2) years, the agency has strategically invested in creating and hiring probation and parole "Specialists" (non-law enforcement personnel).   The Specialist position was developed specifically for the purpose of report writing and investigating.  Specialists will be recruited, hired, and trained with that purpose in mind.  The agency's goal is to alleviate some of the burden on probation and parole officers by having Specialists performing investigative and report writing functions, freeing up officers to focus on managing their caseloads and supervising offenders.  At the same time, the quality of reports and investigations should increase.

With one of the highest offender to officer ratios in the country, the Board will continue to seek funding to hire, train, and equip more probation and parole officers to reduce caseloads so that increased resources can be directed at improving supervision practices, resulting in greater success for offenders under state supervision.   The Board also intends to hire, train, and equip additional Specialists and place them strategically throughout the state to allow the agency's existing supervising officers to better focus on managing their caseloads and effectively supervising offenders.  The Board believes the Specialist solution for report writing is an immediate, cost effective way to accomplish the agency's mission.



**Training:**   In collaboration with the Alabama Department of Corrections and the faith-based community, the Board is currently training all staff in value-based leadership principles, undertaking a year-long training program through Global Priority to invest in the agency's most valuable resource—its employees.



**Woman to Woman:**   The agency's exceptional Birmingham field office, under the leadership of Probation and Parole Officer Senior, Benita Daugharty, has taken the lead in utilizing the Global Priority leadership training offered to agency employees with female offenders involved in the Woman to Woman life group program.  Woman to Woman is a six (6) month, weekly, evening program run by the Probation and Parole field office with support from local community-based organizations, namely the Dannon Project.  The goal of the program is to facilitate life change in the women who participate, encouraging them to assess, progress, and live clean, sober lives that make them and their families proud.  The Board hopes this successful program can serve as a model for other field offices throughout the state and is currently taking measures to ensure that such programs are successfully launched and that, in particular, the specific needs of the agency's female clients are addressed.

6



**LIFE Tech Thomasville:** The Board, in collaboration with the Alabama Department of Mental Health, Alabama Department of Postsecondary Education, Alabama Southern Community College, ADECA, Alabama Department of Rehabilitation Services, the City of Thomasville, local law enforcement, local faith-based ministries and community organizations, operates LIFE Tech Thomasville, a residential transition center offering vocational and educational training, in conjunction with mental health counseling and drug treatment for offenders on parole or probation who would not otherwise be eligible for community supervision.  Offenders' needs are assessed upon admission and long term, individualized services are provided.  Since the program's inception, over 3,467 prison diversions have entered the program.

LIFE Tech defines recidivism as re-arrest, reconviction, or return to incarceration with or without a new sentence during a three-year sentence following the resident's completion of the LIFE Tech program. Both new offenses and technical offenses are included.



**LIFE Tech Thomasville boasts an impressive 89% success rate for its graduates.**



**Of the residents who have taken the GED test while at LIFE Tech, 69.5% have attained their certificate.**

The Board is working to expand the number of program beds at LIFE Tech Thomasville.  The Board intends to duplicate the LIFE Tech Thomasville model, placing campuses strategically throughout the state, modifying programmatic components to address local workforce needs.

7

**Pardoning/Paroling Authority:**   The Board practices strategic docketing of cases for parole consideration so that the best possible candidates can be paroled with supervision from the agency's officers to foster their successful reentry into the community.  Over the course of FY 2013, the Board granted 2,312 paroles of the 7,627 considered.  The Board additionally granted 753 pardons of 980 pardons heard.  843 voting rights restorations were processed and restored.

| Paroles | |
| --- | --- |
| Considered | 7,627 |
| Denied | 5,315 |
| Granted | 2,312 |

| Pardons | |
| --- | --- |
| Considered | 980 |
| Denied | 227 |
| Granted | 753 |

| Probationers | |
| --- | --- |
| Supervised | 54,288 |
| Revoked Technical | 637 |
| Revoked New Offense | 985 |
| Revoked Both Technical and New Offense | 752 |

| Parolees | |
| --- | --- |
| Supervised | 9,873 |
| Revoked Technical | 124 |
| Revoked New Offense | 229 |
| Revoked Both Technical and New Offense | 263 |

| On Both Probation and Parole | |
| --- | --- |
| Supervised | 364 |
| Revoked Technical | 2 |
| Revoked New Offense | 7 |
| Revoked Both Technical and New Offense | 6 |

| Other Statistics | |
| --- | --- |
| Number of Completed Investigations | 86,212 |
| Voter's Rights Applications Processed | 2,653 |
| Voter's Rights Restored | 843 |
| Drug Screens Conducted on Offenders Under Supervision | 25,645 |

**A TRENDING INCREASE IN PAROLE HEARINGS AND GRANTS SINCE FY 2010.**



8

# A SUCCESSFUL APPROACH TO COMMUNITY SUPERVISION

In FY 2013, 9,606 parolees were supervised by Pardons and Paroles without being revoked while 51,914 probationers were supervised without being revoked.





The revocation rate of offenders on probation and parole supervision with Pardons and Paroles has substantially decreased over the last five (5) years from 9.90% to 6.16%. Of the 64,525 people under supervision, 95% were successfully supervised without being revoked.



9



Of the 54,388 probationers under supervision with Pardons and Paroles, only 1% were revoked for technical violations (637) or a combination of technical violations/new offenses (752). 985 or 2% of probationers were revoked for new offenses. Of the 10,237 parolees under supervision with Pardons and Paroles, only 1% was revoked for technical violations (126). 269 parolees were revoked for a combination of technical violations/new offenses (3%). 236 parolees or 2% were revoked for new offenses.







**16,347 Probationers and Paroles had their supervision terminated.** The "Released" category includes those who completed their court mandated sentence, those whose sentence was shortened by the court, those who were pardoned, and those being supervised in Alabama for out of state offenses who were released by the sentencing state.

**The substantial majority of offenders under supervision with Pardons and Paroles successfully completed supervision; 13,399 offenders were released from supervision while only 2,948 offenders' supervision was revoked.**



**14169 Probationers had their supervision terminated.**



**2178 Parolees had their supervision terminated.**

11



**Over the last five (5) years, more offenders have successfully completed supervision with Pardons and Paroles than each previous year.**



# PARDONS AND PAROLES: THE MOST COST EFFECTIVE SOLUTION

Community supervision under the statewide purview of the Board of Pardons and Paroles—including court ordered probation, parole, LIFE Tech and other programs, when viewed as alternatives to incarceration—remains the most viable, economically responsible way for the state to manage its scarce resources.  Parole not only frees up beds in overcrowded state prisons at a significantly lower cost per day, but also encourages payment of court-ordered restitution and court costs, taxes by employed offenders, and reduction in welfare, food stamp, and Medicaid costs (although parole also makes Medicaid and other benefits an option after reapplication for offenders under supervision when such are terminated upon incarceration).



Per the Alabama Department of Corrections FY 12 Annual Report, the cost per day for incarcerating an inmate is $43.26.  This amount also applies to ADOC's Work Release Program.  The ADOC operates a Supervised Release Program (SRP), with correctional officers and sponsors supervising inmates in a residential environment (the community), costing a reported $17.17 a day.[3]  The SRP program releases split sentences when Pardons and Paroles is without jurisdiction to consider splits for parole under Alabama law.  ADOC pays reimbursement costs of $10.00 per day for offenders under supervision with locally operated Community Corrections programs.  The reimbursment amount does not include administrative costs within ADOC or local operating costs for individual Community Corrections programs, which vary throughout the state.

---

[3]       ADOC is not required to notify victims or officials of an inmates placement on SRP while Pardons and Paroles is subject to stringent notification requirements under Alabama law before considering inmates for parole.



**Pardons and Paroles supervises a greater number of offenders than all other programs combined at a significantly lower cost per day.**

Pardons and Paroles supervises a greater number of offenders than the ADOC's in-house prison population and all other community supervision programs that receive state funding combined and does so at a significantly lower cost—$1.58 per day per offender. For FY 13, that cost has slighty risen to only $1.70 per day per offender.

The Board additionally operates LIFE Tech, a residential program providing drug and mental health counseling and treatment, medical care, educational, and vocational rehabilitation services to resident-offenders at less than half the cost of a prison bed per day.

# PARDONS AND PAROLES SERVES ALABAMA CRIME VICTIMS

**Victim Notification Implementation Task Force:** Act 2011-681 improved Alabama's victim notification laws in relation to pardon and parole hearings and Board actions. The new law empowers victims and allows them to be notified by a variety of different methods of their choosing.



The Act created an Implementation Task Force, composed of representatives from the Office of the Attorney General, the Alabama Board of Pardons and Paroles, two (2) appointees from victim's rights organizations (appointed by the AG), Alabama Criminal Justice Information Center, Alabama Department of Corrections, Alabama Crime Victims Compensation Commission, the District Attorneys Association, the Administrative Office of Courts, and the Alabama Department of Public Safety. The Task Force is charged with overseeing the creation of an automated notification system.

After meeting regularly and working diligently since the summer of 2011, great progress has been made in the technological development of the automated system and the Task Force hopes to release an initial product to benefit crime victims throughout the state and stakeholders within Alabama's criminal justice community in the spring of 2014.

Training of the Board's field offices, District Attorneys and DA office personnel, and Victims Services Officers throughout the state, as well as a public education campaign will be critical for the successful launch of the new notification system.

## BOARD ISSUES HISTORICALLY SIGNIFICANT PARDON: A FINAL CHAPTER TO LANDMARK "SCOTTSBORO BOYS" TRAGEDY



**Historical Scottsboro Boys Act:** Passage of Act 2013-81 (Scottsboro Boys Act) during the 2013 Regular Legislative Session created a process for the consideration of posthumous pardons by the Alabama Board of Pardons and Paroles.

On October 3, 2013, the Board received a petition for posthumous pardon for the Scottsboro Boys from the Honorable Jenifer Collins Holt and John Henninger Graham, Circuit Judges of the Thirty-Eighth Judicial Circuit of Alabama, Charles Ray Rhodes, District Attorney for the Thirty-Eighth Judicial Circuit of Alabama, the Honorable Glenn Edward Thompson, Steven Ellis Haddock, Jennifer Anne Milwee Howell, Circuit Judges for the Eight Judicial Circuit of Alabama, and the Honorable Roy Scott Anderson, District Attorney for the Eight Judicial Circuit of Alabama.



On November 21, 2013, the Board conducted a hearing for posthumous pardons of Charlie Weems, Haywood Patterson, and Andy Wright, three (3) of the "Scottsboro Boys", and granted a posthumous pardon to each, pursuant to this Act.

16

# LOOKING FORWARD



**GPS Monitoring:**  The Board believes that an adequately funded and staffed GPS Monitoring program would efficiently use scarce state dollars to manage a portion of Alabama's offender population.  The Board has studied, along with the Alabama Department of Corrections, available monitoring options after conducting its own GPS Monitoring pilot program with grant funding.  Certain categories of offenders could be paroled, who would not otherwise be paroled, to an intensive GPS Monitoring program.  The Board would additionally seek to use the program as an intermediate sanction before offenders under normal supervision are revoked, acting as a deterrent to returning offenders to ADOC custody.  Essentially, the estimated per day cost comparison for a GPS Monitoring program is less than half the cost of an ADOC prison bed.



**Day Reporting Center Pilot:**  The Board is currently seeking funding to launch a pilot Day Reporting Center program in Jefferson and Mobile Counties, following the successful example of the State of Georgia.  DRC programs report a high success rate (seven (7) % recidivism rate) with lower operating costs than residential program options for offenders who would not otherwise be placed under community supervision.  Evidence-based programming provides high risk offenders with substance abuse and mental health treatment while fostering the opportunity to address restitution issues.  With a successful Alabama pilot, the Board hopes to multiply DRC programs over time throughout the state.

**Supervision Practices:**  The agency consistently evaluates and pursues best practices and approaches to supervision, including those that have worked in other states, facing similar obstacles to Alabama.  The Board is currently pursuing training for all supervising officers in motivational interviewing techniques and cognitive behavioral supervision practices, following nationally recognized methods.  The agency constantly strives to improve caseload management strategies as offender to officer ratios increase, which includes developing and revising internal policies, as well as looking for creative solutions.



The agency is additionally pursuing training for the Ohio Risk/Needs Assessment: Community Supervision Tool to replace the agency's current Risk/Needs Assessment and seeks to have certified trainers on staff so that the agency can begin using a nationally recognized assessment tool to assist officers, Alabama judges, the Board, and other stakeholders in the Alabama criminal justice system in making the best possible decisions about individual offenders.

The Board will continue to collaborate with ADOC and other stakeholders in Alabama's criminal justice system to make best use of Alabama's resources, while partnering with other government, faith-based, and community organizations to provide a variety of services to offenders under supervision.

## BOARD MEMBERS

  

William W. Wynne, Jr.
Chairman

Robert P. Longshore
Associate Member

Clifford Walker
Associate Member

## EXECUTIVE STAFF

  

Cynthia Dillard
Executive Director

Eddie Cook
Assistant Executive
Director

Phil Bryant
Assistant Executive
Director

*For additional information, visit our website at*
*www.pardons.state.al.us*

18

# ORGANIZATION CHART



# SENIOR LEADERSHIP CONTACTS

| | |
|---|---|
| **Accounting Division** | **Jo Wood, Chief Fiscal Officer**<br>**Jo.Wood@paroles.alabama.gov**<br>**334-242-8775** |
| **Board Operations** | **Sarah Still, Director**<br>**Sarah.Still@paroles.alabama.gov**<br>**334-353-8797** |
| **Field Services** | **David Still, Division I Director**<br>**David.Still@paroles.alabama.gov**<br>**334-242-8725**<br><br>**Lee Gunn, Division II Director**<br>**Lee.Gunn@paroles.alabama.gov**<br>**334-353-7497** |
| **Interstate Compact** | **Chris Norman, Director**<br>**Chris.Norman@paroles.alabama.gov**<br>**334-242-1695** |
| **Information Technology** | **Robert Moore, Director**<br>**Robert.Moore@paroles.alabama.gov**<br>**334-353-8823** |
| **Legal** | **Greg Griffin, Sr., Chief Legal Counsel**<br>**Greg.Griffin@paroles.alabama.gov**<br>**334-242-8710** |
| **Personnel** | **Jim Begley, Director**<br>**Jim.Begley@paroles.alabama.gov**<br>**334-242-8780** |
| **Training** | **Sharon Shannon, Director**<br>**Sharon.Shannon@paroles.alabama.gov**<br>**334-353-7548** |
| **Transition Center** | **David Martinie, Director**<br>**LIFE Tech Thomasville**<br>**David.Martinie@paroles.alabama.gov**<br>**334-637-3103** |

# ORGANIZATION

## PERSONNEL/DEMOGRAPHIC STATISTICS









## EEO DATA





21

# FIELD OFFICES



**Probation and Parole Field Office Locations**

Additional information, including local contact information, available online:

*www.pardons.state.al.us*

# PROBATION AND PAROLE OFFICER OF THE YEAR

## Jenny Denton, Decatur

Officer Denton, a graduate of Alexandria High School, holds a degree in Public Administration from Athens State and a Master's Degree in Justice Studies from Auburn University Montgomery.  She graduated from the Northeast Alabama Police Academy in 1995. After serving with the Jacksonville State University Police Department and the Hartselle Police Department, she joined our agency in 2004. She has since served this agency in a sterling manner in the Huntsville, Moulton, and Decatur offices.

She works well with her offenders in developing and pursuing alternatives to incarceration, and shows a genuine interest in promoting the goals and reputation of our agency. She goes out of her way to assist other officers of the agency, not just those within her own office. Her work as both a supervisor of offenders and also as the supervisor over her office staff and operation is reliable, thorough, well organized, correct, and habitually on time – as are the work products of the five officers and three ASAs she supervises.  In addition to acting as the officer in charge of the largest office in the district, she carries an active caseload of approximately 217 offenders.

In December, 2012, she received a special letter of commendation from the Parole Board for the manner in which she responded to a call and coordinated the search efforts in what may have been a life-saving action involving an offender under supervision from another office, who had reportedly taken a drug overdose and was out in a car apparently waiting to die. She maintained a continual phone conversation with the offender while guiding officers of another probation office and local Sheriff's deputies to the correct spot where they were able to identify the vehicle and the offender and obtain emergency medical response to the scene. The drugged offender was then transported to a hospital – after which this officer saw fit to continue to check on the offender's situation and progress over the next several days while in the hospital.

Besides being an active member of Epic Church in Decatur, Officer Denton devotes countless hours to local community projects and service organizations, e.g., The Child Advocacy Center, to include membership on its fund raising committee, Family Support Council of Morgan County, The Dream Center Womens' recovery Program, And the Meals on Wheels of Morgan County.

She is a Board Member and active volunteer for Lifesource, a local Substance Abuse Education Program. She serves on the Family Selection Committee with Habitat for Humanity, and works on the Habitat's landscaping crew. She is a Board member for Morgan County Community Corrections and a volunteer worker for the Special Needs Children Rodeo put on by the Morgan County Sheriff's Department for each of the last several years

She has arranged for transportation of offenders to and from jobs, treatment program meetings, the local Salvation Army, rehabilitative services, and the probation and parole office. She has assisted some offenders under supervision in obtaining furniture and other necessary life items from various local resources, at no cost. She aids in coordinating and transporting food donations to needy individuals from both the North Alabama Food Bank and the Food Pantry of Morgan County.

An active member and supporter of the Alabama Council on Crime and Delinquency, she is well liked and respected by her fellow Probation and Parole officers and staff, nd other law enforcement professionals all over northern Alabama. She is highly respected by the judges, the District Attorney's Office, the staffs of the other offices of the courthouse, and the treatment and rehabilitation organizations and professionals in the area.  She maintains excellent rapport and working relationships with all of those, serving as a terrific representative of this agency to the public and the community.

# SUPPORT STAFF EMPLOYEE OF THE YEAR

## Leslie King, Columbiana

Ms Leslie King is the finest ASA in the Columbiana Field Office. She is exceptionally organized and always completes all of her tasks efficiently. In addition to regular duties as an ASA, taking money and assisting officers, she is also the District Manager's secretary. As a result, she handles multiple additional duties to aid the District Manager in keeping the office running smoothly. She also trains any new ASA and supervises two subordinate ASAs.

Ms. King is an active mother and in her spare time volunteers as a team parent in her daughter's extracurricular activities.

Ms. King is truly an asset to the office. She always has a positive attitude and is always willing to give extra effort to help others.