# EXHIBIT A

FILED
2021 Jul-19 PM 01:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

**STATE OF ALABAMA BOARD OF PARDONS AND PAROLES**
**MONTGOMERY, ALABAMA**
ACTION BY THE BOARD

NAME ████████████████  AIS # ████████  DOCKET 03/2017
                                              VICTIM (Y)N
                                              UNANIMOUS Y(N)

PAROLE IS THIS DAY ORDERED ████████████ BY:

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:

1 ___ PARTICIPATION IN REHABILITATIVE PROGRAMS OFFERED BY ADOC WHILE INCARCERATED
☐ CONDITION ADDED TO BE RELEASED UPON COMPLETION OF SPECIFIED PROGRAM(S): _____
2 ___ COMPLETION OF ATEF OR OTHER REHABILITATIVE PROGRAMS WHILE IN ADOC
3 _X_ RISK REDUCTION PROGRAMMING NEEDED OUTSIDE ADOC FOR FURTHER REHABILITATION
4 _X_ POSITIVE INSTITUTIONAL CONDUCT RECORD
5 _X_ ORAS LEVEL IS LOW TO MEDIUM RISK OF REOFFENDING
6 ___ SEVERITY OF PRESENT OFFENSE IS LOW TO MEDIUM
7 ___ POSITIVE REPORT FROM WORK RELEASE OR OTHER COMMUNITY-BASED ADOC PROGRAM
8 ___ POSITIVE INPUT FROM STAKEHOLDERS (VICTIM, FAMILY OF VICTIM, LAW ENFORCEMENT)
9 ___ REENTRY PLAN IS COMPLETE OR SUBSTANTIAL PROGRESS TOWARDS BEING DEVELOPED
10 ___ SUCCESSFUL ON PRIOR PERIOD OF PAROLE OR OTHER COMMUNITY-BASED SUPERVISION
11 ___ MEDICAL CONDITION/DETERIORATED HEALTH RESULTING IN REDUCED PUBLIC SAFETY THREAT
12 ___ APPROVED TRANSFER OF PAROLE SUPERVISION TO ANOTHER STATE/JURISDICTION
13 ___ DETAINER LODGED BY ANOTHER JURISDICTION
14 _X_ RELEASE WILL NOT DEPRECIATE THE SERIOUSNESS OF OFFENSE/PROMOTE DISRESPECT FOR LAW

COMMENTS _____ Complete Lifetech _____
MEMBER _____ [signature] _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:

1 ___ PARTICIPATION IN REHABILITATIVE PROGRAMS OFFERED BY ADOC WHILE INCARCERATED
☐ CONDITION ADDED TO BE RELEASED UPON COMPLETION OF SPECIFIED PROGRAM(S): _____
2 ___ COMPLETION OF ATEF OR OTHER REHABILITATIVE PROGRAMS WHILE IN ADOC
3 _X_ RISK REDUCTION PROGRAMMING NEEDED OUTSIDE ADOC FOR FURTHER REHABILITATION
4 _X_ POSITIVE INSTITUTIONAL CONDUCT RECORD
5 _X_ ORAS LEVEL IS LOW TO MEDIUM RISK OF REOFFENDING
6 ___ SEVERITY OF PRESENT OFFENSE IS LOW TO MEDIUM
7 ___ POSITIVE REPORT FROM WORK RELEASE OR OTHER COMMUNITY-BASED ADOC PROGRAM
8 ___ POSITIVE INPUT FROM STAKEHOLDERS (VICTIM, FAMILY OF VICTIM, LAW ENFORCEMENT)
9 ___ REENTRY PLAN IS COMPLETE OR SUBSTANTIAL PROGRESS TOWARDS BEING DEVELOPED
10 ___ SUCCESSFUL ON PRIOR PERIOD OF PAROLE OR OTHER COMMUNITY-BASED SUPERVISION
11 ___ MEDICAL CONDITION/DETERIORATED HEALTH RESULTING IN REDUCED PUBLIC SAFETY THREAT
12 ___ APPROVED TRANSFER OF PAROLE SUPERVISION TO ANOTHER STATE/JURISDICTION
13 ___ DETAINER LODGED BY ANOTHER JURISDICTION
14 _X_ RELEASE WILL NOT DEPRECIATE THE SERIOUSNESS OF OFFENSE/PROMOTE DISRESPECT FOR LAW

COMMENTS _____ Complete Life Tech _____
MEMBER _____ [signature] _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:

1 ___ PARTICIPATION IN REHABILITATIVE PROGRAMS OFFERED BY ADOC WHILE INCARCERATED
☐ CONDITION ADDED TO BE RELEASED UPON COMPLETION OF SPECIFIED PROGRAM(S): _____
2 ___ COMPLETION OF ATEF OR OTHER REHABILITATIVE PROGRAMS WHILE IN ADOC
3 ___ RISK REDUCTION PROGRAMMING NEEDED OUTSIDE ADOC FOR FURTHER REHABILITATION
4 ___ POSITIVE INSTITUTIONAL CONDUCT RECORD
5 ___ ORAS LEVEL IS LOW TO MEDIUM RISK OF REOFFENDING
6 ___ SEVERITY OF PRESENT OFFENSE IS LOW TO MEDIUM
7 ___ POSITIVE REPORT FROM WORK RELEASE OR OTHER COMMUNITY-BASED ADOC PROGRAM
8 ___ POSITIVE INPUT FROM STAKEHOLDERS (VICTIM, FAMILY OF VICTIM, LAW ENFORCEMENT)
9 ___ REENTRY PLAN IS COMPLETE OR SUBSTANTIAL PROGRESS TOWARDS BEING DEVELOPED
10 ___ SUCCESSFUL ON PRIOR PERIOD OF PAROLE OR OTHER COMMUNITY-BASED SUPERVISION
11 ___ MEDICAL CONDITION/DETERIORATED HEALTH RESULTING IN REDUCED PUBLIC SAFETY THREAT
12 ___ APPROVED TRANSFER OF PAROLE SUPERVISION TO ANOTHER STATE/JURISDICTION
13 ___ DETAINER LODGED BY ANOTHER JURISDICTION
14 ___ RELEASE WILL NOT DEPRECIATE THE SERIOUSNESS OF OFFENSE/PROMOTE DISRESPECT FOR LAW

COMMENTS _____
MEMBER _____

SPECIAL CONDITIONS: _____ Complete Lifetech Only _____

CONTINUED TO _____

NAME ████████████  AIS # ████████  PAGE 2 OF 2

PAROLE IS THIS DAY DENIED ___████████___ BY:

MY REASONS FOR FAVORING DENIAL OF PAROLE OF THE PRISONER ARE AS FOLLOWS:

1____ REFUSED PARTICIPATION IN REHABILITATIVE PROGRAMS OFFERED WHILE INCARCERATED
2____ FAILURE TO COMPLETE ATEF OR OTHER REHABILITATIVE PROGRAMS WHILE IN ADOC
3____ NEGATIVE INSTITUTIONAL CONDUCT RECORD
4____ ORAS LEVEL IS HIGH RISK OF REOFFENDING
5____ SEVERITY OF PRESENT OFFENSE IS HIGH
6____ NEGATIVE REPORT FROM WORK RELEASE OR OTHER COMMUNITY-BASED ADOC PROGRAM
7____ NEGATIVE INPUT FROM STAKEHOLDERS (VICTIM, FAMILY OF VICTIM, LAW ENFORCEMENT)
8____ NO EFFORT MADE TOWARDS REENTRY PLAN
9____ MULTIPLE PRIOR PAROLE OR OTHER COMMUNITY-BASED SUPERVISION REVOCATIONS
10____ NONCOMPLIANCE WITH IPO DURING INTERVIEW OR ASSESSMENT
11____ UNWELCOME CONTACT WITH VICTIM OR THREATS TO VICTIM WHILE INCARCERATED
12____ COMMISSION OF NEW OFFENSE WHILE INCARCERATED WHETHER PENDING PROSECUTION
13____ RELEASE WILL DEPRECIATE SERIOUSNESS OF OFFENSE OR PROMOTE DISRESPECT FOR THE LAW

COMMENTS _____

MEMBER _____

RESET _____

MY REASONS FOR FAVORING DENIAL OF PAROLE OF THE PRISONER ARE AS FOLLOWS:

1____ REFUSED PARTICIPATION IN REHABILITATIVE PROGRAMS OFFERED WHILE INCARCERATED
2____ FAILURE TO COMPLETE ATEF OR OTHER REHABILITATIVE PROGRAMS WHILE IN ADOC
3____ NEGATIVE INSTITUTIONAL CONDUCT RECORD
4____ ORAS LEVEL IS HIGH RISK OF REOFFENDING
5_X__ SEVERITY OF PRESENT OFFENSE IS HIGH
6____ NEGATIVE REPORT FROM WORK RELEASE OR OTHER COMMUNITY-BASED ADOC PROGRAM
7____ NEGATIVE INPUT FROM STAKEHOLDERS (VICTIM, FAMILY OF VICTIM, LAW ENFORCEMENT)
8____ NO EFFORT MADE TOWARDS REENTRY PLAN
9_X__ MULTIPLE PRIOR PAROLE OR OTHER COMMUNITY-BASED SUPERVISION REVOCATIONS
10___ NONCOMPLIANCE WITH IPO DURING INTERVIEW OR ASSESSMENT
11____ UNWELCOME CONTACT WITH VICTIM OR THREATS TO VICTIM WHILE INCARCERATED
12____ COMMISSION OF NEW OFFENSE WHILE INCARCERATED WHETHER PENDING PROSECUTION
13_X__ RELEASE WILL DEPRECIATE SERIOUSNESS OF OFFENSE OR PROMOTE DISRESPECT FOR THE LAW

COMMENTS _____

MEMBER _____[signature]_____

RESET ████████

MY REASONS FOR FAVORING DENIAL OF PAROLE OF THE PRISONER ARE AS FOLLOWS:

1____ REFUSED PARTICIPATION IN REHABILITATIVE PROGRAMS OFFERED WHILE INCARCERATED
2____ FAILURE TO COMPLETE ATEF OR OTHER REHABILITATIVE PROGRAMS WHILE IN ADOC
3____ NEGATIVE INSTITUTIONAL CONDUCT RECORD
4____ ORAS LEVEL IS HIGH RISK OF REOFFENDING
5_✓__ SEVERITY OF PRESENT OFFENSE IS HIGH
6____ NEGATIVE REPORT FROM WORK RELEASE OR OTHER COMMUNITY-BASED ADOC PROGRAM
7____ NEGATIVE INPUT FROM STAKEHOLDERS (VICTIM, FAMILY OF VICTIM, LAW ENFORCEMENT)
8____ NO EFFORT MADE TOWARDS REENTRY PLAN
9_✓__ MULTIPLE PRIOR PAROLE OR OTHER COMMUNITY-BASED SUPERVISION REVOCATIONS
10___ NONCOMPLIANCE WITH IPO DURING INTERVIEW OR ASSESSMENT
11____ UNWELCOME CONTACT WITH VICTIM OR THREATS TO VICTIM WHILE INCARCERATED
12____ COMMISSION OF NEW OFFENSE WHILE INCARCERATED WHETHER PENDING PROSECUTION
13_✓__ RELEASE WILL DEPRECIATE SERIOUSNESS OF OFFENSE OR PROMOTE DISRESPECT FOR THE LAW

COMMENTS _____

MEMBER _____[signature]_____

RESET ████████

EXHIBIT B