IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL aka KINETIK JUSTICE, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>KAY IVEY, *et al.*,<br><br>          Defendants. | Case No. 2:23-cv-00712-ECM-JTA<br><br>**DECLARATION OF JANET HEROLD IN SUPPORT OF PLAINTIFFS MOORE, COLE, MCDOLE, CAMPBELL, PTOMEY, AND ENGLISH'S MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, Janet Herold, hereby declare:

1.     I am Legal Director of Justice Catalyst Law ("JCL"), a civil and human rights organization established in 2018 with nonprofit tax status. I am admitted to the Bars of Massachusetts, California, and Nevada and have been admitted *pro hac vice* in this Court. I have personal knowledge of the facts set forth below and could competently testify as follows.

2.     JCL is co-counsel for plaintiffs and the putative class in this action, along with Altshuler Berzon LLP ("Altshuler Berzon") and Faraino, LLC.

3.     JCL, Altshuler Berzon, and Faraino LLC have expended considerable resources vigorously investigating the claims and preparing and filing the complaint in this action, and have the resources and expertise to litigate this action and zealously advocate for and represent the interests of the class.

4.     JCL is a non-profit civil and human rights law firm. JCL is knowledgeable about and has experience representing plaintiffs, classes, and litigating class actions in similar public interest cases, including by serving as class counsel in many pending and settled cases, including *Robinson v. National Student Clearinghouse*, No. 19 Civ. 10749 (D. Mass) (FCRA class action on behalf of students), *Peña v. Wells Fargo Bank, N.A.*, No. 19 Civ. 4065 (N.D. Cal.)

1

(discrimination class action on behalf of DACA recipients), and *Moehrl v. The National Association of Realtors*, No. 19 Civ. 1610 (N.D. Ill.) (antitrust class action on behalf of home sellers).

5. JCL is knowledgeable about and has experience litigating the applicable law relevant to this case, including claims under the Trafficking Victims Protection Act (TVPA), and has extensive experience representing plaintiffs in class actions and collective actions, including in complex federal litigation. *See, e.g.*, *Dunn et al. v. Cuyahoga County et al.*, No. 23 Civ. 364 (N.D. Ohio) (proposed civil rights class action on behalf of people overdetained in Cuyahoga County jail); *Taylor et al. v. The Salvation Army et al.*, No. 21 Civ. 6105 (N.D. Ill.) (proposed Trafficking Victims Protection Act class action on behalf of workers at The Salvation Army's Adult Rehabilitation Centers); *Morgan et al. v. RealPage Inc. et al.*, No. 22 Civ. 1712 (MDL) (proposed antitrust class action on behalf of renters); *Moehrl et al. v. National Association of Realtors et al.,* No. 1:19-cv-01610 (N.D.Ill.)(certified antitrust class action of proposed home sellers); *In Re California Bail Bond Litigation Antitrust Litigation,* No. 19-CV-00717 (N.D.Cal.)(proposed antitrust class action on behalf of bail bond purchasers); Camarlinghi *et al. v. Santa Clara County*, No. 21 Civ. 3020 (N.D. Cal.) (settled class action for overdetention in Santa Clara County jail).

6. I have been practicing law for more than 25 years. I graduated *magna cum laude* from Harvard Law School in 1995 and *summa cum laude* from the University of Notre Dame in 1991. I have devoted my entire practice to representing low-wage and vulnerable workers and people in complex litigation.

7. I joined JCL as Legal Director in 2019, after serving as the Regional Solicitor, a position in the federal government's senior executive service, for the U.S. Department of Labor for the preceding nine years.

8. I was in private practice from 1995 until joining the Department of Labor in 2012, and provided representation almost exclusively to plaintiff classes seeking relief under applicable federal and state wage and hour laws or anti-discrimination laws.

9.      While in private practice, I served as class counsel repeatedly in complex class action litigation, including for plaintiffs in the following litigation: *Carillo et al. v. Scheider, Inc. et al.,* No. 11 Civ. 08557 (C.D. Cal. 2011) (class action litigation brought on behalf of a statewide class of Walmart warehouse workers); *Vasquez v. California,* No. GIC740832 (Super. Ct., San Diego) (a statewide class action of incarcerated workers and taxpayers); *Bishop v. Lee's Industries* (a statewide class action brought on behalf of Pennsylvania homecare workers); *Bayada Nurses, Inc. v. Commonwealth of Pennsylvania*, No. 67 MAP 2008 (Supreme Court Penn. 2010) (represented amici in relation to Pennsylvania Supreme Court review of the status of homecare worker under Pennsylvania's minimum wage, overtime and wage payment collections law); *Thomas et al. v. Total Home Health Care Corporation* (statewide class of Pennsylvania home care workers); *Gale v. Catholic Healthcare Partners*, No. 06-1776 (N.D. Ohio 2006) (statewide class of Ohio hospital workers); *Flores et al. v. Albertsons et. al.*, No. 01 Civ. 515 (C.D. Cal. 2001) (statewide class of supermarket janitors); *Vega et al. v. Contract Cleaning Maintenance et al.*, No. 03 Civ. 9130 (N.D. Ill. 2003) (multi-state class of janitors); *Haro et al. v. Providence St. Joseph's* (federal collective action brought on behalf of homecare registered nurses); *Flores et al v. Guess Jeans et al.* (federal statewide class of garment workers); *Bouman v. Baca* (statewide class of minority and female sheriff's department staff).

10.     I was awarded the California Attorney of the Year Award for my work on behalf of a class of Walmart warehouse workers and have been recognized by the City of Los Angeles for my work on behalf of workers across Southern California, including my representation of supermarket janitors across California.

11.     From June 2012 until joining JCL in 2019, I served as Regional Solicitor for the Western Region of the U.S. Department of Labor. As Regional Solicitor, I was responsible for overseeing the work of more than 40 attorneys working from three regional offices, located in Seattle, San Francisco, and Los Angeles, to provide representation of the Secretary of Labor in civil trial litigation and U.S. District Courts and before administrative law judges for all matters arising in the eleven Western states and territories, stretching from Colorado to Guam. I was

responsible for enforcing more than 180 labor and whistleblower statutes, in addition to providing legal services to Department officials, including assisting the United States Attorney in litigation involving the Department. In this role, I supervised and led hundreds of high-profile complex enforcement cases, most notably in the wage and hour, ERISA, and anti-discrimination areas. My work was widely and routinely recognized by the Secretary of Labor, including the issuance of hundreds of Honors Awards from the Secretary of Labor recognizing the work of enforcement teams I led. I also served as the national point-person for Wage and Hour regional enforcement for the last eight years of my time as Regional Solicitor.

12. I am not aware of any conflicts of interest that would prevent me or JCL from continuing to zealously pursue the claims of Plaintiffs and the putative class in this action.

13. The individual plaintiffs and proposed class representatives in this matter have already provided valuable assistance to the proposed class and subclass, including by contributing to the investigation resulting in the complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 21st day of December, 2023 at Dublin, Ireland.

*Janet Herold*
B73649DDDCB2460...
Janet Herold