IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL AKA KINETIK JUSTICE, *et al,*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KAY IVEY, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-00712-ECM-JTA<br><br>**PLAINTIFFS MOORE, COLE, MCDOLE, CAMPBELL, PTOMEY, AND ENGLISH'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

　　　　Plaintiffs Lee Edward Moore Jr., Jerame Aprentice Cole, Frederick Denard McDole, Michael Campbell, Arthur Charles Ptomey Jr., and Alimireo English, on their own behalf and on behalf of a class and subclass of similarly situated incarcerated people, respectfully request that this Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of Exhibits A–H, J–V, and HH to the Declaration of Amanda C. Lynch in Support of Plaintiffs Moore, Cole, McDole, Campbell, Ptomey, and English's Motion for Preliminary Injunction and Provisional Class Certification and Request for Judicial Notice ("Lynch Decl.") and, to the extent specified herein, their factual contents.

　　　　Under Federal Rule of Evidence 201, a trial court must take judicial notice of facts "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(c). A fact is appropriate for judicial notice if it is not subject to reasonable dispute, in that it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Judicial notice may be taken of public records, *Bryant v. Avado Brands, Inc.* 187 F.3d 1271, 1278 (11th Cir. 1999), as well as facts within public records that are not subject to reasonable dispute, *Chinn v. PNC Bank, N.A.*, 451 F. App'x 859, 860 n.1 (11th Cir. 2012). The records and reports of government agencies, including information on official

government websites, are public records, and their factual contents are the proper subject of judicial notice. *E.g.*, *Gent v. CUNA Mutual Ins. Society*, 611 F.3d 79, 84 n.5 (1st Cir. 2010); *Pension Ben. Guar. Corp. v. White Consol. Indus., Inc.*, 998 F.2d 1192, 1197 (3d. Cir 1993); *Hetherington v. Madden*, 640 F.Supp.3d 1265, 1271 (N.D. Fla. 2022) (collecting cases).

      Each of Exhibits A–H, J–V, and HH constitutes a judicially noticeable public record. Exhibits B, D, E, F, M, and N, which are monthly or annual reports of the State of Alabama Board or Bureau of Pardons and Paroles ("ABPP") or of the Alabama Department of Corrections ("ADOC"), are official reports or publications prepared by a public agency. Exhibits C, J, and O are official press releases issued by Alabama state government officials or public agencies and are thus official statements prepared by a public agency. Exhibits G, H, and L, which are an official ADOC manual, an Executive Order issued by Alabama Governor Kay Ivey, and official ABPP guidelines, qualify as official publications, decisions, or orders prepared by a public agency. Exhibits A, K, P, Q, R, S, T, U, and HH—a report prepared in collaboration with the federal Department of Justice, two official ABPP informational webpages, and official ADOC incarceration details webpages—are reports, publications, statements, or other documents prepared by a public agency and available on an official government website. Exhibit V includes official documents from a public agency, namely letters from the Office of the Alabama Attorney General produced in response to a public records request.

      Each document of which Plaintiffs seek judicial notice has been properly authenticated pursuant to Federal Rule of Evidence 901(b)(7) in the Lynch Declaration or is self-authenticating under Federal Rule of Evidence 902(2), (5).

DATED: December 21, 2023    Respectfully submitted,

/s/ Barbara J. Chisholm

MICHAEL RUBIN (CA SBN 80618)*
BARBARA J. CHISHOLM (CA SBN 224656)*
CONNIE K. CHAN (CA SBN 284230)*
AMANDA C. LYNCH (CA SBN 318022)*
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: mrubin@altber.com; bchisholm@altber.com; cchan@altber.com; alynch@altber.com

JANET HEROLD (CA SBN 186419)*
JUSTICE CATALYST LAW
40 Rector Street, 9th Floor
New York, NY 10008
Telephone: (518) 732-6703
Email: jherold@justicecatalyst.org

*Counsel for All Plaintiffs and the Proposed Classes and Subclasses*

*appearing pro hac vice

LAUREN FARAINO
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216
Telephone: (205) 737-3171
Email: lauren@farainollc.com

*Counsel for The Woods Foundation, Individual Plaintiffs, and the Proposed Classes and Subclasses*