UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ROBERT EARL COUNCIL AKA KINETIK JUSTICE**, *et al.*,
    Plaintiffs,

v.

**KAY IVEY,** *et al.*,
    Defendants.

Case No. 2:23-cv-712-CLM

## ORDER

    This case is before the court on the parties' joint stipulation and proposed briefing on the motion for preliminary injunction and provisional class certification. (Doc. 28). In accordance with the stipulation, the court sets the following briefing schedule on the motion for preliminary injunction: Defendants Governor Kay Ivey, Attorney General Steve Marshall, Alabama Board of Pardons and Paroles Chair Leigh Gwathney, and associate Parole Board members Darryl Littleton and Gabrelle Simmons have until on or before **January 22, 2024**, to file their response brief. Plaintiffs Lee Edward Moore Jr., Jerame Aprentice Cole, Frederick Denard McDole, Michael Campbell, Arthur Charles Ptomey Jr., and Alimireo English's reply, if any, is due on or before **January 31, 2024**.

    The court will schedule a hearing on the motion for preliminary injunction and provisional class certification by separate order.

    **Done** and **Ordered** on January 3, 2024.

*/s/ Corey L. Maze*
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE