IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL AKA KINETIK JUSTICE, *et al,*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>KAY IVEY, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00712-CLM-JTA<br><br>**THE WOODS FOUNDATION'S JOINDER IN PLAINTIFFS MOORE, COLE, MCDOLE, CAMPBELL, PTOMEY, AND ENGLISH'S MOTION FOR PRELIMINARY INJUNCTION** |

**TO THE CLERK OF THE COURT AND DEFENDANTS KAY IVEY, STEVE MARSHALL, LEIGH GWATHNEY, DARRYL LITTLETON, AND GABRELLE SIMMONS:**

　　Plaintiff The Woods Foundation ("TWF") respectfully joins in the Motion for Preliminary Injunction filed on December 21, 2023, by Plaintiffs Lee Edward Moore Jr., Jerame Aprentice Cole, Frederick Denard McDole, Michael Campbell, Arthur Charles Ptomey Jr., and Alimireo English (Doc. 23), and fully endorses the arguments presented in support of that motion.[1]

　　In addition to the irreparable injuries previously identified by the movants, TWF will suffer irreparable injuries in the absence of the requested injunction that are distinct from, but related to, the injuries suffered by the individual incarcerated Plaintiffs and putative class members. In particular, Defendants' ongoing, unlawful acts are interfering with TWF's ability to devote the staff and funding resources necessary to serve its institutional goals—including to investigate wrongful convictions and to advocate for changes to Alabama's capital punishment

---

[1] In advance of filing, Plaintiffs' counsel sought the position of Defendants Ivey, Marshall, Gwathney, Littleton, and Simmons ("Defendants") on TWF's joinder and were informed that Defendants oppose joinder. Decl. of Lauren Faraino ISO Joinder ("Faraino Decl.") ¶6.

laws—because TWF is being forced to divert its limited organizational resources to addressing Defendants' unlawful administration of the parole system, a harm to its institutional interests that cannot be remedied with retrospective or damages relief. *See* Faraino Decl. ¶¶2-5; *In re Georgia Senate Bill 202*, No. 1:21-CV-01259-JPB, 2023 WL 5334582, at *11 (N.D. Ga. Aug. 18, 2023) ("Plaintiffs' continued diversion of resources shows an irreparable harm."); *Georgia Coal. for People's Agenda, Inc. v. Kemp*, 347 F.Supp.3d 1251, 1268 (N.D. Ga. 2018); *D.C. v. U.S. Dep't of Agric.*, 444 F.Supp.3d 1, 41-42 (D.D.C. 2020); *see also Ga. Ass'n of Latino Elected Offs., Inc. v. Gwinnett Cnty. Bd. of Registration & Elections*, 36 F.4th 1100, 1114-15 (11th Cir. 2022).

For these reasons and those previously provided in support of the pending motion, the Court should grant the requested preliminary injunctive relief as to TWF.

Dated: January 4, 2024                Respectfully submitted,

                                                  s/ Barbara J. Chisholm

MICHAEL RUBIN (CA SBN 80618)*
BARBARA J. CHISHOLM (CA SBN 224656)*
CONNIE K. CHAN (CA SBN 284230)*
AMANDA C. LYNCH (CA SBN 318022)*
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: mrubin@altber.com;
bchisholm@altber.com;
cchan@altber.com; alynch@altber.com

JANET HEROLD (CA SBN 186419)*
JUSTICE CATALYST LAW
40 Rector Street, 9th Floor
New York, NY 10008
Telephone: (518) 732-6703
Email: jherold@justicecatalyst.org

*Counsel for All Plaintiffs and the Proposed Classes and Subclasses*

  * Appearing pro hac vice

LAUREN FARAINO

                                              FARAINO, LLC
                                              2647 Rocky Ridge Ln.
                                              Vestavia Hills, AL 35216
                                              Telephone: (205) 737-3171
                                              Email: lauren@farainollc.com

*Counsel for The Woods Foundation, Individual Plaintiffs, and the Proposed Classes and Subclasses*

THE WOODS FOUNDATION'S JOINDER IN PLS.' MOORE, COLE, MCDOLE, CAMPBELL, PTOMEY, AND ENGLISH'S MOT. FOR PRELIM. INJ.
CASE NO. 2:23-CV-00712-CLM-JTA

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel who have appeared in the case, including counsel for Defendants Ivey, Marshall, Gwathney, Littleton, and Simmons.

Dated: January 4, 2024                     Respectfully submitted,

                                           s/ Barbara J. Chisholm

                                           BARBARA J. CHISHOLM (CA SBN 224656)*
                                           ALTSHULER BERZON LLP
                                           177 Post St., Suite 300
                                           San Francisco, CA 94108
                                           Telephone: (415) 421-7151
                                           Email: bchisholm@altber.com

                                           *appearing pro hac vice