IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL aka KINETIK JUSTICE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KAY IVEY, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00712-CLM-JTA<br><br>**DECLARATION OF LAUREN FARAINO IN SUPPORT OF THE WOODS FOUNDATION'S JOINDER IN MOTION FOR PRELIMINARY INJUNCTION** |

I, Lauren Faraino, declare:

1.    I am the Director of The Woods Foundation ("TWF"), and I am one of TWF's counsel of record in this case. I am also co-counsel for the individual plaintiffs in this case and the putative classes they seek to represent. I make this declaration from my own personal knowledge, in support of TWF's Joinder in the Motion for Preliminary Injunction filed by Plaintiffs Lee Edward Moore Jr., Jerame Aprentice Cole, Frederick Denard McDole, Michael Campbell, Arthur Charles Ptomey Jr., and Alimireo English (Doc. 23).

2.    Founded in August 2020, TWF is a non-profit organization based in Birmingham, Alabama that is dedicated to aiding persons with wrongful convictions and excessive sentences in Alabama, and to ending racial discrimination and the unfair, arbitrary, and inhumane treatment of incarcerated individuals in Alabama's prison and parole system. TWF engages in a variety of activities to advance its mission, including the following:

    a.    TWF conducts in-depth investigations of wrongful conviction and excessive sentencing claims and assists incarcerated individuals and their families with their efforts to overturn inaccurate verdicts.

    b.    TWF represents incarcerated individuals challenging civil rights violations and unconstitutional conditions within the prison system, ranging from denial of religious liberties to excessive force by correctional officers.

c. TWF represents indigent defendants in post-conviction relief efforts.

d. TWF collaborates with a variety of state and local coalitions on policy advocacy efforts, especially to reform Alabama's capital punishment system. TWF has worked on changing Alabama state laws that permit non-unanimous juries to sentence people to death, and that permit judges to override jury verdicts to impose death sentences.

e. TWF creates and supports the creation of documentaries and podcasts to educate the public about injustices within the Alabama prison system.

3. TWF relies on donations and volunteers in order to accomplish its goals. It has limited resources and a limited budget. When TWF chooses to expend money and staff time on one activity, it is unable to conduct other activities to advance its mission to the same extent.

4. Since approximately June 2022, TWF has diverted resources, including money and staff time, from other projects in order to respond to Alabama's unlawful administration of its parole system, including the Alabama Board of Pardons and Paroles' widespread and discriminatory denials of parole. For instance, TWF has diverted resources from investigating wrongful convictions to instead investigate unlawful parole decisions and represent individuals experiencing unlawful parole decisions. Additionally, TWF has diverted resources from advocacy around capital punishment reform in order to expend those resources on campaigns to reform the parole system, including public education and policy advocacy.

5. TWF will continue to divert its resources towards addressing the unjust and discriminatory parole system—impairing its ability to make progress on other programs and projects—unless and until the unlawful administration of Alabama's parole system is remedied.

6. On January 3, 2024, Plaintiffs' counsel emailed counsel for Defendants Ivey, Marshall, Gwathney, Littleton, and Simmons to inform them that TWF intended to join the pending motion and to ask their position on the joinder. On January 4, 2024, Brad A. Chynoweth, Assistant Chief Deputy, Civil Division, Office of the Attorney General of the State

of Alabama informed Plaintiffs' counsel that the Defendants who are the subject of the motion for a preliminary injunction oppose TWF's joinder.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 4, 2024, at Vestavia Hills, Alabama.

_____
Lauren Faraino