UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT EARL COUNCIL AKA KINETIK JUSTICE,** *et al.*, <br>   Plaintiffs, <br><br> v. <br><br> **KAY IVEY,** *et al.*, <br>   Defendants. | Case No. 2:23-cv-712-CLM |

## ORDER

The court **SETS** a motion hearing on Plaintiffs' motion for preliminary injunction and provisional class certification (doc. 23) for **February 8, 2024, at 9:00 AM Central** in Courtroom 2-F, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before Judge Corey L. Maze.

The court **DIRECTS** the Clerk of Court to provide a court reporter.

**Done** and **Ordered** on January 10, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE