IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARL COUNCIL AKA KINETIK JUSTICE, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KAY IVEY, et al., | ) ) |
| Defendants. | ) ) |

CASE NO.: 2:23-CV-00712-CLM-JTA

**PLAINTIFFS AND STATE DEFENDANTS' JOINT MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND PROPOSED BRIEFING ORDER**

Plaintiffs and Defendants Kay Ivey, Steve Marshall, Leigh Gwathney, Darryl Littleton, Gabrelle Simmons, John Hamm, and John Cooper ("the State Defendants") jointly move the Court for an order extending the State Defendants' time to respond to Plaintiffs' complaint and entering a proposed briefing schedule on a motion to dismiss for the following reasons:

1. The State Defendants executed waivers of service, (docs. 31-37), and the earliest response deadline of any State Defendant to Plaintiffs' complaint is February 13, 2023.

2. On December 21, 2023, the Plaintiffs Moore, Cole, McDole, Campbell, Ptomey, and English moved for a preliminary injunction against Ivey, Marshall, Gwathney, Littleton, and Simmons. (Doc. 23). That motion was joined by Plaintiff The Woods Foundation. (Doc. 44). Plaintiffs and these State Defendants negotiated a briefing schedule that gave the relevant State Defendants until January 22, 2024, to file a response and Plaintiffs until January 31, 2024, to reply. (Docs. 28, 40). A preliminary injunction hearing is set for February 8, 2024. (Doc. 54).

3. Due to these deadlines, counsel for State Defendants Ivey, Marshall, Gwathney, Littleton, and Simmons have been primarily occupied with responding to the motion for

preliminary injunction and have been unable to dedicate sufficient time to responding to the complaint. The February 8, 2024 preliminary injunction hearing will also require State Defendants to divert time away from preparing a response. As a result, counsel for these State Defendants need more time to respond to Plaintiffs' complaint.

4. While State Defendants Hamm and Cooper are not the subject of Plaintiffs' preliminary injunction motion, they also request an extension of time to prevent the State Defendants from having staggered response deadlines. The State Defendants intend to coordinate their briefing to ensure consistency of presentation and reduce repetition.

5. Counsel for the State Defendants requested an extension of time to respond to the complaint by motion to dismiss until March 29, 2024, to which counsel for Plaintiffs stated she was unopposed. Plaintiffs requested that they be given until April 26, 2024, to file an opposition brief and that the State Defendants reply by May 8, 2024. The State Defendants are in agreement to this proposed briefing schedule.

Accordingly, Plaintiffs and the State Defendants respectfully request an extension of time for the State Defendants to file a motion to dismiss Plaintiffs' complaint until **March 29, 2024**, with Plaintiffs' opposition due on **April 26, 2024**, and the State Defendants' reply due **May 8, 2024**.

Respectfully submitted,

/s/ Brad A. Chynoweth
Brad A. Chynoweth
  *Assistant Chief Deputy, Civil Division*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Brad.Chynoweth@AlabamaAG.gov

*Counsel for Defendants Governor Kay Ivey and Attorney General Steve Marshall*

/s/ Tara S. Hetzel (with permission)
Tara S. Hetzel
  *Deputy Attorney General*

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Tara.Hetzel@AlabamaAG.gov

*Counsel for Defendant Hamm*

/s/ Gary L. Willford, Jr. (with permission)
Gary L. Willford, Jr.
  *Assistant Attorney General*

Alabama Board of Pardons & Paroles
301 South Ripley Street, Bldg. D
Montgomery, AL 36104
(334) 353-4495 (phone)
(334) 315-4793 (fax)
Gary.Willford@paroles.alabama.gov

*Counsel for Defendants Alabama Board of Pardons and Paroles Chair Leigh Gwathney and Parole Board members Darryl Littleton and Gabrelle Simmons*

/s/ S. Anthony Higgins (with permission)
S. Anthony Higgins
  *Assistant Attorney General*

State of Alabama Department of Transportation
1409 Coliseum Boulevard, Room 147
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
higginss@dot.state.al.us

*Counsel for Defendant John Cooper*

<u>/s/ Amanda C. Lynch (with permission)</u>
Michael Rubin (CA SBN 80618)
Barbara J. Chisholm (CA SBN 224656)
Connie K. Chan (CA SBN 284230)
Amanda C. Lynch (CA SBN 318022)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: mrubin@altber.com;
bchisholm@altber.com;
cchan@altber.com; alynch@altber.com

***Counsel for All Plaintiffs and the Proposed Classes and Subclasses, Appearing Pro Hac Vice***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 26th day of January 2024, I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of the Court via CM/ECF which will notify all counsel of record.

Brad A. Chynoweth
*Assistant Chief Deputy, Civil Division*
