UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ROBERT EARL COUNCIL AKA KINETIK JUSTICE,** *et al.***,**
    Plaintiffs,

v.

**KAY IVEY,** *et al.***,**
    Defendants.

Case No. 2:23-cv-712-CLM

## ORDER

    The court **GRANTS** the parties' joint motion for extension of deadline regarding coordinated briefing schedule for anticipated motions to dismiss (doc. 113). **March 29, 2024**, is the deadline to respond to the Complaint for all State Defendants and Defendants city of Montgomery, City of Troy, Jefferson County, Ju-Young Manufacturing America, Inc., SL Alabama, LLC, Hwaseung Automotive USA, LLC, Southeast Restaurant Group – WEN FL, LLC, Masonite Corporation, and Southeastern Meats, Inc.

    Plaintiffs have until on or before **May 24, 2024**, to file a consolidated response in opposition to any motions to dismiss filed by the above-listed Defendants.

    The above-listed Defendants have until on or before **June 24, 2024**, to file any reply briefs.

    **Done** and **Ordered** on February 28, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE