**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT EARL COUNCIL AKA KINETIK JUSTICE**, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-00712-CLM-JTA |
| **KAY IVEY**, *et al.*, | ) ) | |
| *Defendants*. | ) ) | |

## MASONITE CORPORATION'S MOTION TO DISMISS

Defendant Masonite Corporation respectfully moves to dismiss all claims against it under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Plaintiffs lack Article III standing to pursue any prospective relief against Masonite. The complaint is a shotgun pleading that impermissibly lumps together multiple defendants as to the critical factual issues. And Plaintiffs fail to state any claim for relief against Masonite. In support of this Motion, Masonite incorporates the accompanying Memorandum of Law.

Dated: March 29, 2024                                   Respectfully submitted,

*/s/ George R. Parker*
George R. Parker                                        J. Thomas Richie
BRADLEY ARANT BOULT CUMMINGS LLP                        W. Chadwick Lamar, Jr.
445 Dexter Avenue, Ste. 9075                            BRADLEY ARANT BOULT CUMMINGS LLP
Montgomery, AL 36104                                    1819 5th Avenue North
Phone: (334) 956-7607                                   Birmingham, AL 35203-2119
gparker@bradley.com                                     Phone: (205) 521-8348
                                                        trichie@bradley.com
                                                        clamar@bradley.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 29, 2024, the foregoing was served, via the Court's CM/ECF Document Filing System, upon all registered CM/ECF users in this action.

                                                      */s/ George R. Parker*
                                                         OF COUNSEL