## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

ROBERT EARL COUNCIL, a/k/a )
KINETIK JUSTICE, et al., )
    )
    Plaintiffs, )
    )      **CIVIL ACTION NO.:**
v. )
    )      **2:23-cv-00712-CLM-JTA**
KAY IVEY, et al., )
    )
    Defendants. )
    )

## DEFENDANTS SL ALABAMA, LLC'S, JU-YOUNG MANUFACTURING AMERICA, INC.'S AND HWASEUNG AUTOMOTIVE USA LLC'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

**COME NOW** Defendants SL Alabama, LLC, Ju-Young Manufacturing America, Inc., and Hwaseung Automotive USA LLC ("Automotive Defendants"), pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and hereby move this Court to dismiss Plaintiffs' Class Action Complaint, (ECF No. 1), for lack of standing and because it contains causes of action that fail to state a claim upon which relief may be granted.  In support of this Motion, the Automotive Defendants rely on the Memorandum of Law filed contemporaneously herewith.

                  s/ Michael L. Lucas
                  Michael L Lucas
                  Allison Hawkins
                  Ingu Hwang

53866873 v1

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
mlucas@burr.com
ahawkins@burr.com
ihwang@burr.com

*Attorneys for Defendants SL Alabama, LLC, Hwaseung Automotive and Ju-Young Manufacturing, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will automatically generate notice of such filing to the attorneys of record.

s/ Michael L. Lucas
Michael L. Lucas

*One of the Attorneys for Defendants SL Alabama, LLC, Hwaseung Automotive and Ju-Young Manufacturing, LLC*