IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL aka KINETIK JUSTICE, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>KAY IVEY, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-00712-CLM-JTA<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO SET COORDINATED BRIEFING SCHEDULE FOR ANY MOTIONS TO DISMISS FILED BY DEFENDANTS BAMA BUDWEISER OF MONTGOMERY, INC., CAST PRODUCTS, INC., KOCH FOODS, LLC, AND RCF, LLC D/B/A GEMSTONE FOODS, LLC** |

On February 28, 2024, the Court granted the joint motion (Dkt. 113) filed by Plaintiffs and Defendants Ivey, Marshall, Gwathney, Littleton, Simmons, Hamm, Cooper, City of Montgomery, City of Troy, Jefferson County, Ju-Young Manufacturing America, Inc., SL Alabama, LLC, Hwaseung Automotive USA, LLC, Southeast Restaurant Group-WEN, LLC, Masonite Corporation, and Southeastern Meats, Inc. to establish a coordinated briefing schedule with respect to any motions to dismiss filed by these Defendants. The Court set March 29, 2024 as the deadline for these Defendants to respond to the Complaint, May 24, 2024 for Plaintiffs to file a consolidated opposition to any motions to dismiss, and June 24, 2024 for these Defendants to reply. Dkt. 118.

Two additional defendants, Defendants Paramount Services, Inc. and Progressive Finishes, Inc., moved to extend their deadlines to respond to the Complaint and to join the coordinated briefing schedule. Dkts. 129, 136. The Court granted those motions on March 14 and 19, 2024, respectively. Dkt. 132 (citing Dkt. 118); Dkt. 138 (same). Thus, Plaintiffs understand

that their deadline to respond to any motions to dismiss filed by Paramount Services, Inc. and Progressive Finishes, Inc. is May 24, 2024, and these Defendants' deadline to reply is June 24, 2024.

Prior to filing the February 16, 2024 joint motion (Dkt. 113), Plaintiffs' counsel asked counsel for Defendant Bama Budweiser of Montgomery, Inc. ("Bama Budweiser") whether Bama Budweiser would be willing to join the proposed joint motion. Counsel for Bama Budweiser declined but indicated that his client would not oppose a separate motion filed by Plaintiffs to establish the same, coordinated briefing schedule with respect to his client.

Since the preparation of the joint motion regarding a coordinated briefing schedule for defendants' anticipated motions to dismiss, three defendants have submitted waiver of service forms: Defendant Cast Products, Inc. submitted a waiver of service form establishing a deadline to respond to the complaint of April 15, 2024, Dkt. 112; Defendant Koch Foods, LLC submitted a waiver of service form establishing a deadline to respond to the complaint of April 29, 2024, Dkt. 125; and RCF, LLC d/b/a Gemstone Foods, LLC filed a waiver of service form establishing a deadline to respond to the complaint of May 3, 2024, Dkt. 126. Counsel for Plaintiffs has consulted with counsel for Defendants Cast Products, Inc., Koch Foods, LLC, and RCF, LLC d/b/a Gemstone Foods, LLC, and counsel for these Defendants have indicated that they do not oppose this motion to establish a coordinated briefing schedule.

Because setting a coordinated briefing schedule will facilitate the efficient resolution of the issues presented by any motions to dismiss filed by Defendants, Plaintiffs respectfully request that the Court: (1) set a deadline of May 24, 2024 for Plaintiffs to respond to the motion to dismiss filed by Bama Budweiser and any motion to dismiss filed by Cast Products, Inc.,

Koch Foods, LLC, and/or RCF, LLC d/b/a Gemstone Foods, LLC, and (2) set a deadline of June 24, 2024 for these Defendants to file any reply.

Respectfully submitted,

DATED: April 3, 2024

/s/Amanda C. Lynch

MICHAEL RUBIN (CA SBN 80618)*
BARBARA J. CHISHOLM (CA SBN 224656)*
CONNIE K. CHAN (CA SBN 284230)*
AMANDA C. LYNCH (CA SBN 318022)*
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: mrubin@altber.com; bchisholm@altber.com; cchan@altber.com; alynch@altber.com

JANET HEROLD (CA SBN 186419)*
JUSTICE CATALYST LAW
40 Rector Street, 9th Floor
New York, NY 10008
Telephone: (518) 732-6703
Email: jherold@justicecatalyst.org

*Counsel for All Plaintiffs and the Proposed Classes and Subclasses*
 *\*Appearing pro hac vice*

GEORGE N. DAVIES (SBN ASB-3923-A63G)
RICHARD P. ROUCO (SBN ASB-6182-R76R)
QUINN, CONNOR, WEAVER,
DAVIES & ROUCO LLP
2 – 20th Street North, Suite 930
Birmingham, AL 35203
Telephone: (205) 870-9989
Email: gdavies@qcwdr.com; rrouco@qcwdr.com

*Counsel for Plaintiffs RWDSU and SEIU*

LAUREN FARAINO (SBN ASB-8098-C65A)
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216
Telephone: (205) 737-3171

Email: lauren@farainollc.com

*Counsel for The Woods Foundation, Individual Plaintiffs, and the Proposed Classes and Subclasses*

PLAINTIFFS' UNOPPOSED MOTION TO SET COORDINATED BRIEFING SCHEDULE FOR ANY MOTIONS TO DISMISS FILED BY DEFENDANTS BAMA BUDWEISER OF MONTGOMERY, INC., CAST PRODUCTS, INC., KOCH FOODS, LLC, AND RCF, LLC D/B/A GEMSTONE FOODS, LLC
CASE NO. 2:23-CV-00712-CLM-JTA

4