IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL AKA KINETIK JUSTICE, *et al,*, <br><br> Plaintiffs, <br><br> v. <br><br> KAY IVEY, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-00712-CLM-JTA <br><br> **UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF DEADLINE TO FILE CONSOLIDATED OPPOSITION TO MOTIONS TO DISMISS [DKTS. 139, 141, 142, 147, 148, 149, 151, 152, 153-1, 155, 157, 171, 174, 175]; [PROPOSED] ORDER** |

Plaintiffs hereby respectfully move the Court for a one-week extension of time to file their consolidated opposition brief to the motions to dismiss filed by Defendants. The requested extension is necessary to allow Plaintiffs to adequately respond to the fourteen briefs in support of the pending motions, totaling nearly 500 pages of substantive briefing, including the State Defendants' 131-page brief, and more than 250 pages of evidence submitted by Defendants. The Defendants that have filed motions to dismiss do not oppose this request.

Plaintiffs and State Defendants previously agreed to a coordinated briefing schedule whereby State Defendants, along with certain other defendants, would file motions to dismiss by March 29, 2024, Plaintiffs would file a consolidated opposition on May 24, 2024, and any replies would be filed June 24, 2024. *See* Dkt. 118. State Defendants and several other defendants filed motions to dismiss on March 29, 2024. *See* Dkt. 148, 139, 141, 142, 147, 149, 151, 152, 153-1, 155, 157. Defendant Cast Products, Inc. filed a motion to dismiss on April 15, 2024, Dkt. 171; Koch Foods, LLC filed its motion to dismiss on April 29, 2024, Dkt. 174; and RCF, LLC filed its motion to dismiss on May 3, 2024, Dkt. 175. Plaintiffs previously agreed to respond to these later-filed motions to dismiss on the same timeline. *See* Dkt. 168.

Plaintiffs committed to filing a consolidated opposition brief so as to efficiently present arguments to the Court without unnecessary duplication. Responding to the voluminous briefing has taken significant time. In addition, during the last month, Plaintiffs' lead counsel, the undersigned, has faced certain unexpected medical issues that have reduced her ability to work on the opposition brief, and the other primary attorney working on the brief had an unexpected medical issue in mid-April and was also recently out for a medical procedure. While Plaintiffs' counsel have been working diligently on the opposition, these circumstances have impeded progress.

The requested short one-week extension will allow Plaintiffs to adequately respond to the pending motions to dismiss. Plaintiffs have requested Defendants' position on the requested extension, and have informed Defendants that Plaintiffs would agree to a corresponding one-week extension on Defendants' reply briefs. Counsel for all Defendants who filed the pending motions have stated that they do not oppose this extension.

Plaintiffs therefore request that the Court enter an order setting the deadline for Plaintiffs to file their opposition to the currently pending motions to dismiss for May 31, 2024, and similarly extending the deadline for any reply briefs in support of the pending motions to dismiss to July 1, 2024.

|  |  |
|---|---|
| DATED: May 20, 2024 | Respectfully submitted,<br><br>/s/ Barbara J. Chisholm<br>MICHAEL RUBIN (CA SBN 80618)*<br>BARBARA J. CHISHOLM (CA SBN 224656)*<br>CONNIE K. CHAN (CA SBN 284230)*<br>AMANDA C. LYNCH (CA SBN 318022)*<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Email: mrubin@altber.com; bchisholm@altber.com; cchan@altber.com; alynch@altber.com |

JANET HEROLD (CA SBN 186419)*
JUSTICE CATALYST LAW
40 Rector Street, 9th Floor
New York, NY 10008
Telephone: (518) 732-6703
Email: jherold@justicecatalyst.org

*Counsel for All Plaintiffs and the Proposed Classes and Subclasses*
  **Appearing pro hac vice*

GEORGE N. DAVIES (SBN ASB-3923-A63G)
RICHARD P. ROUCO (SBN ASB-6182-R76R)
QUINN, CONNOR, WEAVER,
DAVIES & ROUCO LLP
2 – 20th Street North, Suite 930
Birmingham, AL 35203
Telephone: (205) 870-9989
Email: gdavies@qcwdr.com; rrouco@qcwdr.com

*Counsel for Plaintiffs RWDSU and SEIU*

LAUREN FARAINO (SBN ASB-8098-C65A)
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216
Telephone: (205) 737-3171
Email: lauren@farainollc.com

*Counsel for The Woods Foundation, Individual Plaintiffs, and the Proposed Classes and Subclasses*

## [PROPOSED] ORDER

The case is before the Court on Plaintiffs' Unopposed Motion for One-Week Extension of Deadline to File Consolidated Opposition to Motions to Dismiss [Dkts. 139, 141, 142, 147, 148, 149, 151, 152, 153-1, 155, 157, 171, 174, 175]. Having considered the motion, the Court hereby extends the deadline for Plaintiffs to file their consolidated opposition to the pending motions to dismiss to May 31, and sets July 1, 2024 as the deadline for any reply briefs in support of the pending motions to dismiss.

IT IS SO ORDERED.

DATED: _____        _____
                                                                  Hon. Corey L. Maze
                                                                  United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

- Counsel for Kay Ivey and Steve Marshall: Brad A. Chynoweth, brad.chynoweth@alabamaag.gov; Benjamin Matthew Seiss; ben.seiss@alabamaag.gov

- Counsel for Leigh Gwathney, Darryl Littleton, and Gabrelle Simmons: Gary Lee Willford, Jr., gary.willford@paroles.alabama.gov

- Counsel for John Hamm: Cameron Wayne Elkins, cameron.elkins@alabamaag.gov; Tara S. Hetzel, tara.hetzel@alabamaag.gov

- Counsel for John Cooper: Steven Anthony Higgins, higginss@dot.state.al.us; William Franklin Patty, pattyw@dot.state.al.us

- Counsel for City of Montgomery: Robert D. Segall, segall@copelandfranco.com; Shannon L. Holliday, holliday@copelandfranco.com; Stacy Lott Bellinger, sbellinger@montgomeryal.gov

- Counsel for City of Troy: Brad A. Everhardt, beverhardt@hillhillcarter.com; Randall C. Morgan, rmorgan@hillhillcarter.com

- Counsel for Jefferson County: Shawnna Hass Smith, smithsha@jccal.org

- Counsel for RCF, LLC d/b/a Gemstone Foods, LLC: Michael A. Heilman, mheilman@heilmanlawgroup.com

- Counsel for Koch Foods, LLC: Rachel V. Barlotta, rbarlotta@bakerdonelson.com; Kayla Michelle Wunderlich, kwunderlich@bakerdonelson.com

- Counsel for Ju-Young Manufacturing America, Inc.; SL Alabama, LLC; and Hwaseung Automotive USA, LLC: Michael Lee Lucas, mlucas@burr.com, Allison Hawkins, ahawkins@burr.com; Ingu Hwang, ihwang@burr.com

- Counsel for Progressive Finishes, Inc.: David Nikolic, david.nikolic@ogletree.com; Josh Chandler Harrison, josh.harrison@ogletreedeakins.com

- Counsel for Southeast Restaurant Group-Wen LLC: Melisa C. Zwilling, mzwilling@carrallison.com

- Counsel for Masonite Corporation: George R. Parker, gparker@bradley.com; J. Thomas Richie, trichie@bradley.com; William Chadwick Lamar, Jr., clamar@bradley.com

- Counsel for Cast Products, Inc.: John Barksdale Holmes, III, jholmes@maynardnexsen.com; Thomas Julian Butler, tbutler@maynardnexsen.com; William Brock Phillips, bphillips@maynardnexsen.com

- Counsel for Southeastern Meats, Inc.: Taffiny Smith Stewart, tstewart@lgwmlaw.com; Elliot Britton Monroe, bmonroe@lgwmlaw.com; Sarah Grey Redmond, sredmond@lgwmlaw.com

- Counsel for Paramount Services, Inc.: Kyle Thomas Smith, kyle.smith@dentons.com

- Counsel for Bama Budweiser of Montgomery, Inc.: Aaron Gavin Mcleod, aaron.mcleod@arlaw.com; Jonathan Bain Metz, jonathan.metz@arlaw.com

I further certify that, shortly after the foregoing motion is electronically filed, my office will mail by United States Postal Service the documents and notice of electronic filing to the following non-CM/ECF participants:

- C.B.A.K, Inc. d/b/a McDonald's: c/o Cynthia Samour, 1010 South McKenzie Street, Foley, AL 36535

- Pell City Kentucky Fried Chicken, Inc. d/b/a Kentucky Fried Chicken, Inc., d/b/a KFC: c/o Michael Warren, 703 23rd St. N, Pell City, AL 35125-1331

Respectfully submitted,

/s/ Barbara J. Chisholm

BARBARA J. CHISHOLM (CA SBN 224656)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: bchisholm@altber.com