UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ROBERT EARL COUNCIL AKA KINETIK JUSTICE,** *et al.***,**
    Plaintiffs,

v.

**KAY IVEY,** *et al.***,**
    Defendants.

Case No. 2:23-cv-712-CLM

## ORDER

The court **GRANTS** Plaintiffs' unopposed motion for extension of time (doc. 176). Plaintiffs' consolidated response in opposition to the pending motions to dismiss (docs. 139, 141, 142, 143, 144, 145, 146, 147, 149, 150, 152, 153, 155, 156, 171, 174, 175) is now due on or before **May 31, 2024**. Reply briefs, if any, are now due on or before **July 1, 2024**.

**Done** and **Ordered** on May 21, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE