IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROBERT EARL COUNCIL AKA KINETIK JUSTICE, ET AL. PLAINTIFFS

vs. Case No. 2:23-CV-00712-CLM-JTA

KAY IVEY, ET AL. DEFENDANTS

**PELL CITY KENTUCKY FRIED CHICKEN'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

COMES NOW Defendant Pell City Kentucky Fried Chicken, Inc. d/b/a Kentucky Fried Chicken d/b/a KFC, ("Pell City KFC"), through counsel, and presents its Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6).

Plaintiffs' Complaint asserts claims against Pell City KFC for unjust enrichment and for violation of the Alabama Constitution and federal statutes, including the Trafficking Victims Protection Act, 18 U.S.C. § 1589; the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962; and the KKK Conspiracy Act, 42 U.S.C. § 1986.

Pell City KFC joins in Defendants' Motions to Dismiss Plaintiff's Complaint, (Docs. 139, 141, 142, 143, 144, 145, 146, 147, 149, 150, 152, 153, 155, 156, 171, 174, 175, 201), and incorporates the arguments and authorities in these motions and supporting memorandums, as if fully set forth herein.

This, the 16th day of August, 2024.

Respectfully submitted,

PELL CITY KENTUCKY FRIED CHICKEN D/B/A KENTUCKY FRIED CHICKEN D/B/A KFC

By: */s/ Michael A. Heilman*
Michael A. Heilman

OF COUNSEL:

Michael A. Heilman (admitted *pro hac vice*)
HEILMAN NISBETT POLK, P.A.
Meadowbrook Office Park
4266 I-55 North, Suite 106
Jackson, Mississippi 39211
Telephone: (601) 914-1025
Facsimile: (601) 944-2915
mheilman@hnplawyers.com

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification to all counsel of record.

This, the 16th day of August, 2024.

*/s/ Michael A. Heilman*
Michael A. Heilman