IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL aka KINETIK JUSTICE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KAY IVEY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-00712-CLM-JTA<br><br>CLASS ACTION<br><br>**PLAINTIFFS' MOTION FOR ORAL ARGUMENT RE PENDING MOTIONS TO DISMISS** |

　　　　Plaintiffs in the above-captioned matter hereby respectfully request that the Court schedule oral argument on the Defendants' pending motions to dismiss, Dkts. 139, 141, 142, 143, 144, 145, 146, 147, 149, 150, 152, 153, 155, 156, 171, 174, 175, 201, 209. The briefing to date has been voluminous, with the last-filed motion to dismiss being submitted on August 16, 2024. Plaintiffs understand that the Court has had these matters under submission, but respectfully propose that oral argument could materially assist the Court in resolving the numerous consequential issues raised by the pending motions.

　　　　Plaintiffs' counsel inquired as to Defendants' position on this motion. Among the government Defendants, the State Defendants do not oppose the motion, but do not believe oral argument is necessary and believe that, given the volume of briefing, the timing of any hearing should be entirely up to the Court; Defendant City of Troy does not oppose the motion, but believes that oral

argument is unnecessary; Defendant Jefferson County opposes; and the City of Montgomery did not provide its position.

As to the private employer Defendants, Defendant Bama Budweiser of Montgomery, Inc. supports this motion; Defendant Masonite Corporation takes no position on this motion but requests the right to present argument for itself if oral argument is held; 11 private employer Defendants oppose[1]; and Defendant Koch Foods provided no position.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: September 20, 2024 | /s/ Barbara J. Chisholm |
|  | MICHAEL RUBIN (CA SBN 80618)*<br>BARBARA J. CHISHOLM (CA SBN 224656)*<br>CONNIE K. CHAN (CA SBN 284230)*<br>AMANDA C. LYNCH (CA SBN 318022)*<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Email: mrubin@altber.com;<br>bchisholm@altber.com;<br>cchan@altber.com; alynch@altber.com |
|  | JANET HEROLD (CA SBN 186419)*<br>JUSTICE CATALYST LAW<br>40 Rector Street, 9th Floor<br>New York, NY 10008<br>Telephone: (518) 732-6703<br>Email: jherold@justicecatalyst.org |
|  | *Counsel for All Plaintiffs and the Proposed Classes and Subclasses* |

---

[1] Defendants include: C.B.A.K., Inc.; Cast Products, Inc.; Hwaseung Automotive USA, LLC; Ju-Young Manufacturing America, Inc.; Pell City Kentucky Fried Chicken, Inc.; Paramount Services, Inc.; Progressive Finishes, Inc.; RCF, LLC; SL Alabama, LLC; Southeastern Meats, Inc.; and Southeast Restaurant Group.

*Appearing pro hac vice

GEORGE N. DAVIES (SBN ASB-3923-A63G)
RICHARD P. ROUCO (SBN ASB-6182-R76R)
QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP
2 – 20th Street North, Suite 930
Birmingham, AL 35203
Telephone: (205) 870-9989
Email: gdavies@qcwdr.com; rrouco@qcwdr.com

*Counsel for Plaintiffs RWDSU and SEIU*

LAUREN FARAINO (SBN ASB-8098-C65A)
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216
Telephone: (205) 737-3171
Email: lauren@farainollc.com

*Counsel for The Woods Foundation, Individual Plaintiffs, and the Proposed Classes and Subclasses*