IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARL COUNCIL, a/k/a KINETIK JUSTICE, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| ) | CIVIL ACTION NO.: |
| v. ) ) | 2:23-cv-00712-CLM-JTA |
| KAY IVEY, et al., ) ) | |
| Defendants. ) ) | |

**DEFENDANTS SL ALABAMA, LLC'S, JU-YOUNG MANUFACTURING AMERICA, INC.'S AND HWASEUNG AUTOMOTIVE USA LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORAL ARGUMENT RE PENDING MOTIONS TO DISMISS**

Defendants SL Alabama, LLC, Ju-Young Manufacturing America, Inc., and Hwaseung Automotive USA LLC ("Automotive Defendants") respectfully opposes Plaintiffs' Motion For Oral Argument Re Pending Motions to Dismiss (the "Motion") (Doc. 211), and hereby request this Court deny Plaintiffs' Motion. In support thereof, Automotive Defendants' state as follows:

1 Plaintiffs filed their Class Action Complaint on December 12, 2023. (Doc. 1.)

2 Automotive Defendants filed their Motion to Dismiss and brief in support on March 29, 2024, (Docs. 156, 157), and filed their reply brief on July 1, 2024, (Doc. 195).

3. On September 20, 2024, Plaintiffs filed their Motion requesting oral argument asserting that "oral argument could materially assist the Court in resolving the numerous consequential issues raised by pending motions." (Doc. 211.) However, Plaintiffs do not identified any actual issues to be addressed at oral argument or why such issues should be subject to oral argument.

4. Automotive Defendants and other Defendants' dismissal motions have been pending before this Court for almost three months prior to Plaintiffs seeking oral argument.

5. As set forth in Automotive Defendants' briefing, Plaintiffs' claims must be dismissed for numerous reasons—all of which have been extensively briefed and are straightforward.

6. Automotive Defendants seek Rule 12(b) dismissal, which is based on the face of the pleadings already before the Court.

7. Holding an oral argument on this matter would be a waste of judicial resources. Further, Plaintiffs named nineteen Defendants in this action, all of which have moved to dismiss Plaintiffs' claims. It would take significant time and come at a great expense to each Defendant given the number of counsel that would need to attend and participate in argument.

8. Any such hearing would be both unnecessary and unhelpful to the motions expedient and appropriate disposition.

9      This matter can easily be determined on the pleadings already before the Court and therefore, Automotive Defendants respectfully request this Court deny Plaintiffs' Motion.

**WHEREFORE**, Automotive Defendants respectfully request this Court deny the Plaintiffs' Motion requesting oral argument.

        s/ Michael L. Lucas
        Michael L Lucas
        Allison Hawkins
        Ingu Hwang
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3400
        Birmingham, Alabama 35203
        Telephone: (205) 251-3000
        Facsimile: (205) 458-5100
        mlucas@burr.com
        ahawkins@burr.com
        ihwang@burr.com

        *Attorneys for Defendants SL Alabama, LLC, Hwaseung Automotive and Ju-Young Manufacturing, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on September 25, 2024, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will automatically generate notice of such filing to the attorneys of record.

    s/ Michael L. Lucas
    Michael L. Lucas

*One of the Attorneys for Defendants SL Alabama, LLC, Hwaseung Automotive and Ju-Young Manufacturing, LLC*