UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT EARL COUNCIL AKA KINETIK JUSTICE,** *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> **KAY IVEY,** *et al.*, <br>    Defendants. | Case No. 2:23-cv-712-CLM |

# ORDER

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** Defendants' motions to dismiss (docs. 139, 141, 142, 143, 144, 145, 146, 147, 149, 150, 152, 153, 155, 156, 171, 174, 175, 201, 209) and **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims against each Defendant. The court **DENIES AS MOOT** Plaintiffs' motion for a hearing (doc. 211). Plaintiffs have until on or before **April 10, 2025,** to file an amended complaint.

The court sets the following schedule and page-limitation requirements for responding to Plaintiffs' amended complaint:

| Event | Date/Deadline |
|---|---|
| Deadline for Plaintiffs to file amended complaint | April 10, 2025 |
| Deadline for Defendants to respond to amended complaint | May 1, 2025 <br><br> No motion to dismiss (or brief in support of a motion to dismiss) may exceed 30-pages, double-spaced, 14-point Times New Roman font. |

| | |
|---|---|
| Plaintiffs' consolidated response to any motions to dismiss filed | May 15, 2025<br><br>Plaintiffs' response brief cannot exceed 150-pages, double-spaced, 14-point Times New Roman font. |
| Defendants' reply briefs | May 29, 2025<br><br>No reply brief can exceed 15-pages, double-spaced, 14-point Times New Roman font. |

The court will not extend these page limitations absent a showing of *exceptionally* good cause.

**Done** and **Ordered** on March 20, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

2