IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL aka KINETIK JUSTICE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KAY IVEY, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00712-CLM-JTA<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MICHAEL BULLOCK** |

**TO THE CLERK OF THE COURT, DEFENDANTS, AND ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.1(f), the undersigned counsel hereby respectfully move this Court for leave to withdraw as counsel for Plaintiff Michael Bullock. In support of this Motion, counsel state:

1. Plaintiff Michael Bullock has informed counsel that he wishes to terminate counsel's representation of him in this matter.

2. Counsel will provide Mr. Bullock a copy of this motion.

3. Counsel's withdrawal from representing Mr. Bullock will not prejudice the remaining plaintiffs or the putative class, because the case is still at the pleading stage and no class has been certified. The undersigned counsel will continue to represent the remaining plaintiffs and the

putative class in this matter.

WHEREFORE, undersigned counsel respectfully request this Court enter an order granting leave to withdraw as counsel of record for Plaintiff Michael Bullock.

Respectfully submitted,

DATED: December 19, 2025

/s/ Barbara J. Chisholm

MICHAEL RUBIN (CA SBN 80618)*
BARBARA J. CHISHOLM (CA SBN 224656)*
CONNIE K. CHAN (CA SBN 284230)*
AMANDA C. LYNCH (CA SBN 318022)*
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: mrubin@altber.com;
bchisholm@altber.com;
cchan@altber.com; alynch@altber.com

JANET HEROLD (CA SBN 186419)*
JUSTICE CATALYST LAW
40 Rector Street, 9th Floor
New York, NY 10008
Telephone: (518) 732-6703
Email: jherold@justicecatalyst.org

*Counsel for All Plaintiffs and the Proposed Classes and Subclasses*
 *Appearing pro hac vice*

GEORGE N. DAVIES (SBN ASB-3923-A63G)
RICHARD P. ROUCO (SBN ASB-6182-R76R)
QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP
2 – 20th Street North, Suite 930
Birmingham, AL 35203
Telephone: (205) 870-9989
Email: gdavies@qcwdr.com;
rrouco@qcwdr.com

*Counsel for Plaintiffs RWDSU and SEIU*

LAUREN FARAINO (SBN ASB-8098-C65A)
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216
Telephone: (205) 737-3171
Email: lauren@farainollc.com

*Counsel for The Woods Foundation, Individual Plaintiffs, and the Proposed Classes and Subclasses*