United States District Court
Middle District of Alabama
1 Church Street, Suite B-10
Montgomery, Al. 36104-4018

RECEIVED

2025 DEC 19 A 10: 42

TREY GRANGER. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Michael Bullock
160413
Red Eagle Work Center
1290 Red Eagle Rd.
Montgomery, Al 36104

I'm sending a Termination of Representation document I sent to Justice Catalyst Law by Email and U.S. Mail on Nov. 28, 2025. Expect to hear from them presenting their explanation of why this representation was terminated.

12-16-2025

Case No. 2:23-cv-712-CLM
Class Action

To: Janet Herold
From: Michael Bullock
Topic: Termination of Representation
Date: 11-28-2025

When in the course of human events it becomes necessary to go in separate directions, for a "legally permissable reason", it is essential that the reason be disclosed.

In Document 219, filed 05/09/2025 on page 146, in "440", it says,

"Supervisors at the Governor's Mansion regularly threatened Bullock and other class members with violence, loss of privileges, extension of sentences, and solitary confinement if class members refused to work, questioned work conditions, or engaged in conduct they considered disorderly or insubordinate."

I, (Michael Bullock, A.I.S. # 160413), never made the statement in the afore-mentioned paragraph. I will not tolerate being used in a manner that is misleading and contains false allegations.

I, hereby, provide this document as a "Termination of Representation."

Case No. 2:23-cv-712-CLM
Class Action

Michael Bullock
160413
Red Eagle Work Center
1290 Red Eagle Rd.
Montgomery, Al
            36110

"This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication."

36104-401801



MONTGOMERY AL  360

18 DEC 2025  AM 3  L

United States District Court
Middle District of Alabama
I Church Street, Suite B-10
Montgomery, Al
            36104-4018