## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT EARL COUNCIL aka KINETIK JUSTICE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KAY IVEY, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00712-CLM-JTA<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW LAUREN FARAINO AS COUNSEL** |

**TO THE CLERK OF THE COURT, DEFENDANTS, AND ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.1(f), Lauren Faraino respectfully moves this Court to allow her to withdraw as counsel of record for The Woods Foundation, individual plaintiffs Robert Earl Council aka Kinetik Justice, Lee Edward Moore Jr., Lakiera Walker, Jerame Aprentice Cole, Frederick Denard McDole, Michael Campbell, Arthur Charles Ptomey Jr., Lanair Pritchett, Alimireo English, Toni Cartwright, Turner Mason, Danny Dandridge, Zackary Ball, Rashaad Clark, Deckrice Morrissey, Eric Prewitt, Trevion Clark, Larry Darnell Jarmon Jr., Cordarius Evans, and Victor Thomas, and the proposed classes and subclasses in this matter. Ms. Faraino requests to withdraw due to a personal health matter and has authorized me to file this motion on her behalf. The withdrawal of Ms. Faraino in this action will not harm or prejudice any party, because the

aforementioned plaintiffs will continue to be represented by myself (Janet Herold),

Amanda Lynch, Barbara J. Chisholm, Connie Chan, Michael Rubin, and Emanuel

Waddell. Counsel will provide notice of this motion to the aforementioned Plaintiffs.

DATED: December 22, 2025          /s/ Janet Herold

                                  JANET HEROLD (CA SBN 186419)*
                                  JUSTICE CATALYST LAW
                                  40 Rector Street, 9th Floor
                                  New York, NY 10008
                                  Telephone: (518) 732-6703
                                  Email: jherold@justicecatalyst.org

                                  MICHAEL RUBIN (CA SBN 80618)*
                                  BARBARA J. CHISHOLM (CA SBN
                                  224656)*
                                  CONNIE K. CHAN (CA SBN 284230)*
                                  AMANDA C. LYNCH (CA SBN 318022)*
                                  EMANUEL WADDELL (CA SBN 350156)*
                                  ALTSHULER BERZON LLP
                                  177 Post St., Suite 300
                                  San Francisco, CA 94108
                                  Telephone: (415) 421-7151
                                  Email: mrubin@altber.com;
                                  bchisholm@altber.com;
                                  cchan@altber.com; alynch@altber.com;
                                  ewaddell@altber.com

                                  *Appearing pro hac vice

                                  Counsel for The Woods Foundation,
                                  RWDSU, USSW, and Individual Plaintiffs
                                  Robert Earl Council aka Kinetik Justice, Lee
                                  Edward Moore Jr., Lakiera Walker, Jerame
                                  Aprentice Cole, Frederick Denard McDole,
                                  Michael Campbell, Arthur Charles Ptomey

*Jr., Lanair Pritchett, Alimireo English, Toni Cartwright, Turner Mason, Danny Dandridge, Zackary Ball, Rashaad Clark, Deckrice Morrissey, Eric Prewitt, Trevion Clark, Larry Darnell Jarmon Jr., Cordarius Evans, and Victor Thomas, and the Proposed Classes and Subclasses*

LAUREN FARAINO (SBN ASB-8098-C65A)
FARAINO, LLC
2647 Rocky Ridge Ln.
Vestavia Hills, AL 35216
Telephone: (205) 737-3171
Email: lauren@farainollc.com

*Counsel for The Woods Foundation and Individual Plaintiffs Robert Earl Council aka Kinetik Justice, Lee Edward Moore Jr., Lakiera Walker, Jerame Aprentice Cole, Frederick Denard McDole, Michael Campbell, Arthur Charles Ptomey Jr., Lanair Pritchett, Alimireo English, Toni Cartwright, Turner Mason, Danny Dandridge, Zackary Ball, Rashaad Clark, Deckrice Morrissey, Eric Prewitt, Trevion Clark, Larry Darnell Jarmon Jr., Cordarius Evans, and Victor Thomas, and the Proposed Classes and Subclasses*