In The United States District Court For The Middle District of Alabama

Case No. 2:23-cv-712-CLM
Class Action

When a matter presented by way of introduction or background to explain the allegations of a legal clause are included in a civil complaint, it is essential that the very foundation of the allegation be based on an established truth which can be verified by objective, concrete events that actually occurred.

The false presentation of an allegation by the legal representatives of a plaintiff is an attempt to suborn perjury. In the attempt to suborn perjury from a proposed class representative, the council for the plaintiff, made allegations without proof.

Taking notes during an interview, based on leading, loaded questions violates the hearsay evidence rule. The allegation stated in (44)) in the amended complaint are those made

by the council representing the plaintiff. A statement should be verified by having the witness sign it, proving authenticity.

In a similar matter pertaining to my being led to provide a statement based on someone else's opinion, I was asked to file an A.D.O.C. grievance using a hand written statement provided by the legal representative. I agreed to read the statement and consider whether or not I would use it. I chose not to.

A copy of the statement is provided as proof of the manner in which the plaintiff's counsel is presenting this civil, class action, complaint.

see: Exhibit A

Michael Bullock
160413
Red Eagle Work Center
1290 Red Eagle Rd.
Montgomery, Al. 36110

12-23-2025

Michael Bullock
160413
Red Eagle Work Center
1290 Red Eagle Rd.
Montgomery, Al
36110



MONTGOMERY AL 360
24 DEC 2025 AM 3  L

United States District Court
Middle District of Alabama
1 Church Street, Suite B-10
Montgomery, Al
36104-2405