I submit this grievance on an emergency basis to grieve this facility and ADOC's regulations and practices coercing and/or forcing me and other incarcerated people to perform labor including by: perpetuating a racially discriminatory system of coercion, cultivating cruel and inhumane prison conditions, reducing the prison staff, profiting off incarcerated labor, maintaining rules and practices that unduly harshly punish me and others if we withhold labor, or encourage others to do so, and explicitly and implicitly, formally and informally disciplining, abusing, and threatening me and other incarcerated people for refusing to work or perform a work-related task

Exhibit A