UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT EARL COUNCIL AKA KINETIK JUSTICE,** *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> **KAY IVEY,** *et al.*, <br>    Defendants. | Case No. 2:23-cv-712-CLM |

## ORDER

The court **GRANTS** the motion to withdraw as attorney for Plaintiff Michael Bullock (doc. 272). The court **DIRECTS** the Clerk of Court to terminate attorneys Barbara Chisolm, Michael Rubin, Connie Chang, Amanda Lynch, Janet Herold, George Davies, and Richard Rouco as attorneys of record for Plaintiff Bullock.

The court **SETS** an in-person hearing on Bullock's letters to the court (docs. 273 & 277) for **Tuesday, March 10, 2026, at 10:00 AM Central** in Courtroom 2F, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama 36104. The persons having custody of Plaintiff Michael Bullock, AIS # 160413, shall produce him for the hearing. The court **DIRECTS** the Clerk of Court to provide a copy of this order to the transfer agent for the Alabama Department of Corrections and the United States Marshal.

Should Plaintiffs' counsel desire to file or submit *in camera* any information for the court to review ahead of the hearing, their submission is due on or before **March 3, 2026**.

The court **DIRECTS** the Clerk of Court to send a copy of this order to Bullock at his address of record.

**Done** and **Ordered** on January 26, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

2