In The United States District Court
For The Middle District of Alabama

Case No. 2:23-cv-712-CLM
Class Action

I, (Michael Bullock, A.I.S.# 160413), hereby request assistance in obtaining an Interstate Compact Transfer to the Federal Bureau of Prisons.

Combined with the situation I am involved in pertaining to the aforementioned case, a potentially harmful situation exist involving my having made an inmate statement disclosing a threat made towards me about what would happen if I were to say anything about what is going on in the Town of Franklin. The Town is in Macon County, Alabama.

Four days later, after having been called a liar, I wrote another inmate statement in which I disclosed some of the illegal activities.

The inmate statements were made on 6/16/2025 and 6/20/2025. On or about October Sixteenth, Two Thousand Twenty Five I filed an official A.D.O.C. grievance based on the information in the two inmate statements.

The illegal activity I disclosed was the working of inmates assigned to the Town of Franklin, on private property for personal gain. There are also numerous other illegal activities including the misappropriation of grant funds. Violations of bid laws involving grant funded contracts, along with the performance of contracted work not in compliance with the specified requirements. Bribes, including a single wide trailer given to the Chief of Police, Jeffrey McKinstry, by an Realty Investment group, and an illegal hazardous waste pit on their property are also in need of investigation and enforcement intervention.

2

Michael Bullock
160413, C16A
Red Eagle Work Center
1290 Red Eagle Rd.
Montgomery, Al
36110

MONTGOMERY AL 360
21 JAN 2026 PM 4 L

Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, Al
36104-4018

36104-401801