UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT EARL COUNCIL AKA KINETIK JUSTICE,** *et al.***,**<br>    Plaintiffs,<br><br>v.<br><br>**KAY IVEY,** *et al.***,**<br>    Defendants. | Case No. 2:23-cv-712-CLM |

## ORDER

    Plaintiff Michael Bullock has filed a motion requesting that the court transfer him to the Federal Bureau of Prisons (doc. 284) and letter requesting that the court dismiss his claims and give Plaintiffs' counsel two weeks to seek a substitute proposed class representative (doc. 285).

    The court will discuss each of these filings with Mr. Bullock at the March 10, 2026, hearing and will rule on his requests after the hearing.

    The court **DIRECTS** the Clerk of Court to send a copy of this order to Bullock at his address of record.

    **Done** and **Ordered** on January 28, 2026.

*[signature]*
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE