UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ROBERT EARL COUNCIL AKA KINETIK JUSTICE**, *et al.*,
    Plaintiffs,

v.

**KAY IVEY**, *et al.*,
    Defendants.

Case No. 2:23-cv-712-CLM

## ORDER

This case is set for a status conference on **Tuesday, March 10, 2026, at 10:00 AM Centra**l in Courtroom 2F of the Frank M. Johnson, Jr. Federal Building and United States Courthouse. (*See* Doc. 283). At the status conference, the court expects to address three issues: (1) Plaintiff Michael Bullock's request for BOP transfer and motion to amend the complaint (docs. 284, 289, 290); (2) Plaintiff Bullock's letters to the court and request that the court voluntarily dismiss the claims brought on his behalf in the amended complaint (docs. 273, 277, 285, 288); and (3) Defendants' pending motions to dismiss (docs. 225, 227, 228, 230, 232, 233, 236, 237, 238, 240, 241, 243, 244, 245, 246, 248, 249, 250, 251).

Because the court plans on discussing Defendants' motions to dismiss in detail, the court **INSTRUCTS** a representative for each party to appear at the conference. This order, however, does not mean that the court will allow defense counsel to be present during the entire discussion of issue #2 as the court agrees with Plaintiffs' counsel that parts of that discussion may need to be held *in camera*. As a result, the court **GRANTS IN PART** and **DENIES IN PART** Plaintiffs' motion for *in camera* hearing (doc. 293).

**Done** and **Ordered** on March 6, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE