UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT EARL COUNCIL AKA KINETIK JUSTICE,** *et al.***,**<br>    Plaintiffs,<br><br>v.<br><br>**KAY IVEY,** *et al.***,**<br>    Defendants. | Case No. 2:23-cv-712-CLM |

## ORDER

On March 10, 2026, the court held a hearing on three issues: (1) Plaintiff Michael Bullock's request for BOP transfer and motion to amend the complaint (docs. 284, 289, 290); (2) Plaintiff Bullock's letters to the court and request that the court voluntarily dismiss the claims brought on his behalf in the amended complaint (docs. 273, 277, 285, 288); and (3) Defendants' pending motions to dismiss (docs. 225, 227, 228, 230, 232, 233, 236, 237, 238, 240, 241, 243, 244, 245, 246, 248, 249, 250, 251). For the reasons stated on the record, the court rules as follows:

The court **DENIES** Bullock's request for BOP transfer (doc. 284). The court also **DENIES** Bullock's motions to amend (doc. 289, 290) **WITHOUT PREJUDICE** to Bullock's right to file a new lawsuit based on the allegations in his motions. The court **GRANTS** Bullock's request for voluntary dismissal of the claims brought on his behalf and **DIRECTS** the Clerk of Court to **TERMINATE** Bullock as a party to this action.

So that Plaintiffs can substitute a class representative for Bullock and fix the shotgun pleading issues that the court discussed during the hearing, the court will allow Plaintiffs to file an amended complaint. Because the court is allowing Plaintiffs to amend the complaint, the court **DENIES AS MOOT** Defendants' motions to dismiss (docs. 225, 227, 228, 230, 232, 233, 236, 237, 238, 240, 241, 243, 244, 245, 246, 248, 249, 250, 251). The also court **DENIES AS MOOT** Plaintiffs' motion for a hearing (doc. 271).

To guide Plaintiffs in the filing of their amended complaint, the court has attached to this order its shotgun pleading PowerPoint slides from the hearing. (*See* Exh. A). By separate order, the court will enter a scheduling order on the filing of the Second Amended Complaint and any responsive pleadings.

The court **DIRECTS** the Clerk of Court to send a copy of this order to Bullock at his address of record.

**Done** and **Ordered** on March 11, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE