UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ROBERT EARL COUNCIL AKA**
**KINETIK JUSTICE,** *et al.,*
    Plaintiffs,

**v.**

**KAY IVEY,** *et al.,*
    Defendants.

**Case No. 2:23-cv-712-CLM**

## ORDER

On May 26, 2026, the court granted Plaintiffs' motion to sever their claims and allow them to file two separate complaints: an Amended Parole Complaint and a Forced Labor Complaint. (Doc. 312). As instructed, Plaintiffs have filed both complaints in this action. (Docs. 313, 324).

Consistent with the court's previous order, the court **DIRECTS** the Clerk of Court to open a new civil action and to file Plaintiffs' Forced Labor Complaint (doc. 324) as the complaint in that action. The court further **DIRECTS** the Clerk to docket this order in that civil action and directly assign that action to me as the presiding district court judge.

The court also **ORDERS** as follows:

1. The Plaintiffs' Forced Labor Complaint (doc. 324) relates back to Plaintiffs' original December 12, 2023, complaint (doc. 1) for statute of limitations purposes.

2. The court waives the filing fee requirement for the new Forced Labor action and finds that Plaintiffs satisfied the filing fee requirement by paying the filing fee when they initiated this action.

3. Under Fed. R. Civ. P. 5, the filing of the Forced Labor Complaint in Case No. 2:23-cv-712 satisfies the requirement that Plaintiffs serve the Forced Labor Complaint on Defendants.

Once the Clerk of Court assigns the Forced Labor Complaint a case number, the court will enter an order in this action that (a) informs the parties of the new case number, and (b) terminates as parties to this action the parties that are not named as defendants in the Amended Parole Complaint.

**DONE** and **ORDERED** on July 15, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE