# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**ROBERT EARL COUNCIL AKA KINETIK JUSTICE,** *et al.*,
    Plaintiffs,

**v.**

**KAY IVEY,** *et al.*,
    Defendants.

**Case No. 2:23-cv-712-CLM**

## ORDER

Plaintiffs' Forced Labor Complaint (doc. 324) will now proceed under Case No. 2:26-cv-574-CLM-JTA. So all filings related to the Forced Labor Complaint, including Defendants' **July 30, 2026**, responsive pleadings, should be filed under that case number.

Because the Amended Parole Complaint (doc. 313) lists only Kay Ivey, Steve Marshall, Hal Nash, and Gabrielle Simmons as Defendants, the court **DIRECTS** the Clerk of Court to **TERMINATE** as Defendants to this action: Leigh Gwathney, Darryl Littleton, John Hamm, John Cooper, City of Montgomery, City of Troy, Jefferson County, RCF, LLC, Koch Foods, LLC, Ju-Young Manufacturing America, Inc., SL Alabama, LLC, Hwaseung Automotive USA, LLC, Progressive Finishes, Inc., C.B.A.K., Inc., Southeast Restaurant Group-Wen, LLC, Pell City Kentucky Fried Chicken, Inc., Masonite Corporation, Cast Products, Inc., Southeastern Meats, Inc., Paramount Services, Inc., Bama Budweiser of Montgomery, Inc., and Greg Lovelace.

**DONE** and **ORDERED** on July 16, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE